# In the United States Court of Federal Claims

No. 98-484C
Filed: March 11, 2004

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

ESTABLISHING FILING DEADLINE

On or before March 31, 2004, plaintiff shall file its final brief on the rate of acceptance issue.

s/John P. Wiese
John P. Wiese
Judge