# In the United States Court of Federal Claims

## ORDER

NORTHERN STATES POWER CO.

No. 98-484C

v.

THE UNITED STATES

Washington, D.C., April 6, 2004

Please take notice that in the above case, there has been entered this day on plaintiff's motion, filed March 31, 2004, for leave to exceed the page limitation,

the following Order:

**ALLOWED. Plaintiff's reply brief shall be FILED THIS DAY.**

s/John P. Wiese
John P. Wiese
Judge