# In the United States Court of Federal Claims

No. 98-484C
Filed: September 28, 2004

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

DEFERRING RULING ON DISPOSITIVE MOTIONS PENDING COMPLETION OF DAMAGES TRIAL

---

As discussed during the telephone conference held on September 27, 2004, resolution of the following motions shall be deferred pending completion of the trial on plaintiff's damages claim: (1) defendant's November 30, 2001, motion for partial summary judgment regarding the rate of spent nuclear fuel acceptance; (2) plaintiff's December 13, 2002, cross-motion for partial summary judgment on the acceptance rate; (3) defendant's November 28, 2001, motion for partial summary judgment regarding plaintiff's "Greater Than Class C radioactive waste" argument; and (4) defendant's November 27, 2001, motion to dismiss Count III of plaintiff's first amended complaint.

On or before October 28, 2004, the parties shall file a jointly proposed pretrial schedule for the completion of all activities necessary to the full and complete exposition of the issues in this case.

s/John P. Wiese
John P. Wiese
Judge