# In the United States Court of Federal Claims

No. 98-484C
Filed: October 5, 2004

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DEFERRING RULING ON MOTION TO STRIKE

In a September 28, 2004, order, this court deferred ruling on the parties' dispositive motions with respect to the rate of acceptance issue pending completion of the trial on plaintiff's damages claim. Accordingly, consideration of defendant's April 11, 2003, motion to strike portions of plaintiff's filings concerning the rate of acceptance is also deferred.

s/John P. Wiese
John P. Wiese
Judge