# In the United States Court of Federal Claims

## ORDER

NORTHERN STATES POWER CO.

No. 98-484C

v.

THE UNITED STATES

Washington, D.C., October 20, 2004

Please take notice that in the above case, there has been entered this day on defendant's motion, filed October 8, 2004, for leave to file supplemental authority, the following Order:

**ALLOWED.**

s/John P. Wiese
John P. Wiese
Judge