**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NORTHERN STATES POWER COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

**PLAINTIFF'S STATUS REPORT AND PROPOSED PRE-TRIAL SCHEDULE**

Plaintiff Northern States Power Company ("NSP") respectfully submits this status report proposing a pre-trial schedule "for the completion of all activities necessary to the full and complete exposition of the issues in this case," in response to the Court's September 28, 2004 Order. Counsel for the parties have conferred but were unable to agree on a mutually acceptable schedule. Accordingly, Plaintiff NSP herein advises the Court of its proposed schedule for further proceedings in this case, as detailed below and (with one minor revision) as previously submitted to counsel for the Government:

| | |
|---|---|
| November 1, 2004 | Commencement of damages discovery |
| November 2, 2004 | NSP submits initial damages "claim" letter to the Government, to include an order-of-magnitude representation of costs that NSP has incurred and expects to incur as a result of DOE's non-performance |
| May 1, 2005 | NSP's expert reports due |
| July 15, 2005 | Government's expert reports due |
| September 30, 2005 | Close of damages discovery |
| October 11, 2005 | Filing of motions *in limine*, if any |

| | |
|---|---|
| October 14, 2005 | Pre-trial conference |
| November 1, 2005 | Trial of approximately three weeks |

From his discussions with counsel for the Government, counsel for Plaintiff NSP understands that the Government's position is that it cannot agree to *any* pre-trial schedule until it has had the opportunity to review the "claim" letter referenced above. Plaintiff NSP respectfully disagrees. Plaintiff submits this case is not subject to the Contract Disputes Act and a damages "claim" is therefore not required by statute, regulation or RCFC rule. However, in the interest of moving this case forward efficiently and economically, and consistent with the requirements of RCFC 26, NSP is prepared to submit a letter summarizing the major categories of its damages claim to facilitate the Government's damages discovery. This letter will identify, *inter alia*, the approximate amount of damages sought for each category of NSP's claim, and it will identify individuals at NSP who possess knowledge regarding the details of the damages that have been incurred in this case. The location of relevant documents will be disclosed in conformance with RCFC 26(a)(1)(B). NSP submits that such a letter should be more than sufficient to allow the Government to commence meaningful damages discovery. Expert reports detailing each damage category, along with complete back-up business records to support each category, would be provided well before trial but not at the outset of the damages discovery process.

In view of the parties' competing positions, Plaintiff NSP respectfully requests that the Court hold a status conference at its earliest possible convenience to establish an appropriate schedule for this case. Once the Court has established an appropriate schedule, Plaintiff will proceed expeditiously to deliver its damages "claim" letter to the Government and to participate in all other aspects of pre-trial discovery.

Dated: October 28, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)