# In the United States Court of Federal Claims

No. 98-484C
Filed: March 3, 2005

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

REGARDING INITIAL PRETRIAL PROCEDURES

The purpose of this order is to memorialize the agreed-upon initial pretrial schedule pursuant to which the parties are currently proceeding.

On or before April 1, 2005, plaintiff shall provide defendant with a claim letter identifying all costs that plaintiff is seeking to recover in this action. The letter shall be detailed and accompanied by sufficient documentation to assist defendant in the conduct of an audit.

A telephone conference is scheduled for 2:30 p.m. on Thursday, April 14, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge