# In the United States Court of Federal Claims

No. 98-484C
Filed: March 30, 2005

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

and

CLARIFYING MARCH 3, 2005, ORDER

The court has reviewed plaintiff's March 18, 2005, motion for an enlargement of time and for clarification of the court's March 3, 2005, order and defendant's response thereto. As discussed during the telephone conference held on March 29, 2005, it is hereby ORDERED:

1. The time within which plaintiff shall submit its claim letter to defendant is extended to and including August 1, 2005.

2. Plaintiff's claim letter shall include a full exposition of all damages being claimed by plaintiff, including past costs as well as future anticipated costs.

3. The telephone conference currently scheduled for April 14, 2005, has been rescheduled and will be held at 2:30 p.m. on Tuesday, August 16, 2005. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge