IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 98-484C<br>(Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of six days, to and including August 24, 2005, within which to file its response to plaintiff's Motion For Leave To File Expert Reports Under Seal And Request For Order Regarding Certain Future Damages. Defendant's reply is currently due today, August 18, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Northern States Power Company ("NSP"), has indicated that NSP does not oppose this motion for enlargement of time.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's reply brief, obtain review of it, and file it with the Court by the current deadline. The completion of the Government's brief has been delayed, in part, because the attorney assigned responsibility for preparing the Government's brief was out of the office on official travel from August 9 through 12, 2005.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of six days, to and including August 24, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

TODD J. COCHRAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

August 18, 2005

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of August, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Heide L. Herrmann