# In the United States Court of Federal Claims

## ORDER

NORTHERN STATES POWER CO.

No. 98-484C

v.

THE UNITED STATES

Washington, D.C., August 22, 2005

Please take notice that in the above case, there has been entered this day on defendant's motion, filed August 18, 2005, for an enlargement of time, to and including August 24, 2005, within which to file its response to plaintiff's motion for leave to file expert reports under seal and request for order regarding certain future damages,

the following Order:

**ALLOWED.**

s/John P. Wiese
John P. Wiese
Judge