No. 98-484C
(Judge Wiese)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHERN STATES POWER COMPANY,

Plaintiff,

v.
UNITED STATES OF AMERICA,

Defendant.

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE EXPERT REPORTS UNDER SEAL AND REQUEST FOR ORDER REGARDING CERTAIN FUTURE DAMAGES, AND CROSS-MOTION FOR SUMMARY JUDGMENT REGARDING PRE-BREACH AND FUTURE DAMAGES

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

TODD J. COCHRAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

August 24, 2005

Attorneys for Defendant

# TABLE OF CONTENTS

TABLE OF CONTENTS ..... i

TABLE OF AUTHORITIES ..... iii

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE EXPERT REPORTS UNDER SEAL AND REQUEST FOR ORDER REGARDING CERTAIN FUTURE DAMAGES, AND CROSS-MOTION FOR SUMMARY JUDGMENT REGARDING PRE-BREACH AND FUTURE DAMAGES ..... 1

SUMMARY OF THE ARGUMENT ..... 2

ARGUMENT ..... 3

I. NSP SEEKS TO RECOVER DAMAGES FOR A PARTIAL, RATHER THAN TOTAL, BREACH OF CONTRACT ..... 3

II. NSP CAN RECOVER ONLY FOR PARTIAL BREACHES THAT HAVE OCCURRED AS OF THE FILING OF ITS COMPLAINT ..... 4

A. DOE's Continuing Breaches Are Tied To The Failure To Accept SNF In Accordance With The Approved DCSs With Individual Utilities ..... 4

B. Performance In 2012 Has Not Been Established As An Independent Contractual Commitment Pursuant To The Standard Contract ..... 9

III. BECAUSE NSP SEEKS CONTINUED PERFORMANCE OF THE STANDARD CONTRACT, NSP CANNOT RECOVER DAMAGES FOR COSTS THAT WERE INCURRED PRIOR TO DOE'S PARTIAL BREACHES OF CONTRACT OR AFTER THE DATE THAT ITS COMPLAINT WAS FILED ..... 11

A. The Measure Of Damages For A Partial Breach Of Contract Differs From That For A Total Breach Of Contract ..... 11

B. Because NSP Has Elected To Pursue Damages For A Partial Breach Of Contract, Rather Than A Total Breach, It Cannot Recover Damages That Pre-Date The Actual Partial Breach ..... 16

**TABLE OF CONTENTS** (continued)


1. Under A Partial Breach Claim, A Plaintiff Cannot Rely Upon An Anticipatory Partial Repudiation Theory To Recover Damages That Precede The Actual Partial Breach ..... 16

2. NSP Cannot Circumvent The Legal Bar To Recovery Of Its Pre-Breach Damages By Formulating Them As Costs Incurred In The Exercise Of Its Duty Of Mitigation ..... 23

C. NSP Also Cannot Recover As Damages Costs Incurred After The Date That Its Complaint Was Filed ..... 26

IV. BY REQUESTING THE ABILITY TO RETURN TO THE COURT WITH FUTURE CLAIMS, NSP RECOGNIZES THE LIMITATIONS UPON ITS ABILITY TO RECOVER FUTURE OR PROSPECTIVE DAMAGES ..... 32

V. NSP'S ATTEMPT TO MAKE ITS EXPERT REPORTS PART OF THE RECORD IN THIS CASE ARE PREMATURE ..... 34

CONCLUSION ..... 35

## TABLE OF AUTHORITIES

## CASES

Alyeska Pipeline Service Co. v. United States,
688 F.2d 765 (1982) .................... 32

Ammex, Inc. v. United States,
334 F.3d 1052 (Fed. Cir. 2003) .................... 12

Barron Bancshares, Inc. v. United States,
366 F.3d 1360 (Fed. Cir. 2004) .................... 15

Christopher Village, L.P. v. United States,
360 F.3d 1319 (Fed. Cir. 2004) .................... 12

Cities Service Helex, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) .................... 15, 19, 22

City of Fairfax, Va. v. Washington Metro. Area Transit Auth.,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) .................... 19, 28

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) .................... 13, 30

Danzig v. AEC Corp.,
224 F.3d 1333 (Fed. Cir. 2000) .................... 17, 18

Dittmore-Freimuth Corp. v. United States,
390 F.2d 664 (Ct. Cl. 1968) .................... 23

Dunkin Donuts of Am., Inc. v. Minerva, Inc.,
956 F.2d 1566 (11th Cir. 1992) .................... 22

Everett Plywood Corp. v. United States,
206 Ct. Cl. 244, 512 F.2d 1082 (1975) .................... 33

Fraas Surgical Mfg. Co. v. United States,
215 Ct. Cl. 820, 571 F.2d 34 (1978) .................... 9

Franconia Assocs. v. United States,
536 U.S. 129 (2002) .................... PASSIM

**TABLE OF AUTHORITIES** (continued)


Hansen Bancorp, Inc. v. United States,
53 Fed. Cl. 92 (2002), vacated and remanded on other grounds, 367 F.3d 1297 (Fed. Cir. 2004) .......... 12, 15

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004), appeal pending, No. 04-5122 (Fed. Cir. docketed July 24, 2004) .......... PASSIM

Kaiser v. Northwest Shopping Ctr., Inc.,
587 S.W.2d 454 (Tex. Civ. Ct. 1979) .......... 27, 29

Keefe Co. v. Americable Int'l, Inc.,
755 A.2d 469 (D.C. Ct. App. 2000) .......... 29

Lovink v. Guilford Mills, Inc.,
878 F.2d 584 (2d Cir. 1989) .......... 12, 15

Lucente v. IBM Corp.,
310 F.3d 243 (2d Cir. 2002) .......... 19, 20, 21

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) .......... 30

May v. Morganelli-Heumann & Assocs.,
618 F.2d 1363 (9th Cir. 1980) .......... 30

Middleton v. United States,
175 Ct. Cl. 786 (1966) .......... 24

Mobil Oil Exploration v. United States,
530 U.S. 604 (2000) .......... 12

Nager Electric Co. v. United States,
177 Ct. Cl. 234, 368 F.2d 847 (1966) .......... 33

Newman-Green, Inc. v. Alfonzo-Larrain,
490 U.S. 826 (1989) .......... 30

PVI, Inc. v. Ratiopharm,
253 F.3d 320 (8th Cir. 2001) .......... 14

Pinewood Realty Ltd. P'ship v. United States,
223 Ct. Cl. 98, 617 F.2d 211 (1980) .......... 15, 22

**TABLE OF AUTHORITIES** (continued)

Quick v. American Steel & Pump Corp.,
397 F.2d 561 (2d Cir. 1968) .......... 30

Reynolds v. United States,
141 Ct. Cl. 211, 158 F. Supp. 719 (1958) .......... 16

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) .......... 23

Roboserve, Inc. v. Kato Kagaku Co.,
78 F.3d 266 (7th Cir. 1996) .......... 12

Roehm v. Horst,
178 U.S. 13 (1900) .......... 17

S&R Corp. v. Jiffy Lube Int'l, Inc.,
968 F.2d 371 (3d Cir. 1992) .......... 11

San Carlos Irrigation & Drainage Dist. v. United States,
23 Cl. Ct. 276 (1991), aff'd,
111 F.3d 1557 (Fed. Cir. 1997) .......... 12, 28, 29

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) .......... 25, 29, 31, 32

Tennessee Valley Authority v. United States,
No. 01-249C (Fed. Cl. Aug. 12, 2004) .......... 25

Tretchick v. Department of Transportation,
109 F.3d 749 (Fed. Cir. 1997) .......... 17, 18

United States v. Dekonty Corp.,
922 F.2d 826 (C.A. Fed. 1991) .......... 18

United States Fidelity & Guaranty Co. v. United States,
230 Ct. Cl. 355, 676 F.2d 622 (1982) .......... 9

Wisconsin Power & Light Co. v. Century Indem. Co.,
130 F.3d 787 (7th Cir.1997) .......... 17

Yankee Atomic Electric Co. v. United States,
No. 98-126C, 2004 WL 1535688 (Fed. Cl. June 28, 2004) .......... PASSIM

Young Engineers, Inc. v. United States Int'l Trade Comm'n,
721 F.2d 1305 (Fed. Cir. 1983) .......................................................................... 12

**STATUTES**

10 C.F.R. § 961.11 (1983) ......................................................................................... PASSIM