IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 98-484C<br>(Judge Wiese) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files these proposed findings of uncontroverted fact in support of its motion for summary judgment regarding the unavailability of pre-breach and future damages for plaintiff, Northern States Power Company, in the claim for partial breach pending before the Court.

PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. Northern States Power Company executed Standard Contracts with the Department of Energy ("DOE") for the removal of spent nuclear fuel from its facilities. First Amended Complaint, dated December 26, 2000, ¶¶ 1, 2.

2. Northern States Power Company continues to perform its obligations, namely the payment of fees, pursuant to the Standard Contract. First Amended Complaint, ¶¶ 1, 9.

3. The Department of Energy ("DOE") was obligated to begin to accept spent nuclear fuel ("SNF") from commercial nuclear utilities by January 31, 1998, in accordance with the requirements of the Standard Contract, 10 C.F. R. § 961.11 (1983). DOE has not yet begun to accept SNF from any commercial nuclear utilities pursuant to the Standard Contract.

4. Plaintiff seeks to recover for the Department of Energy's ("DOE") partial breach of the Standard Contract. First Amended Complaint, Count I.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

TODD J. COCHRAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

August 24, 2005

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 24th day of August, 2005, a copy of foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Heide L. Herrmann