**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 9, 2005)

**NORTHERN STATES POWER COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 98-484C
(Senior Judge Wiese)

**JOINT STATUS REPORT**

Pursuant to the August 16, 2005 status conference, Plaintiff Northern States Power Company ("NSP") and Defendant (the "Government") respectfully submit this joint status report to set forth a schedule for further proceedings in this case, including a date for trial.

The parties propose the following schedule for further proceedings in this case:

| | |
|---|---|
| May 16, 2006 | Deadline for the submission of any Government expert reports |
| June 15, 2006 | Deadline for the submission of any NSP expert rebuttal reports |
| August 18, 2006 | Deadline for the completion of fact discovery and expert discovery, including all depositions |
| August 28, 2006 | Deadline for the meeting of counsel to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists |
| September 1, 2006 | NSP's deadline to file its Memorandum of Contentions of Law and Fact ("Memorandum") |
| September 29, 2006 | The Government's deadline to file its Memorandum and response to any evidentiary motions contained in NSP's Memorandum |
| October 10, 2006 | NSP's deadline to file its response to any evidentiary motions contained in the Government's Memorandum |

| | |
|---|---|
| October 18, 2006 | Pretrial conference |
| October 23, 2006 | Commencement of damages trial – anticipate two weeks in Minneapolis, MN and two weeks in Washington, DC |

The parties respectfully request that the Court adopt the above schedule.

Dated: September 9, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Northern States Power Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann by s/ Daniel S. Herzfeld
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1331275 v.2