# In the United States Court of Federal Claims

No. 98-484C
Filed: September 13, 2005

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

ALLOWING FILING OF EXPERT REPORTS

and

DEFERRING RULING ON DEFENDANT'S CROSS-MOTION

---

As discussed during the telephonic status conference held this date, it is hereby ORDERED:

1. Plaintiff's August 1, 2005, motion for leave to file expert reports under seal is GRANTED. Plaintiff may file these reports electronically. The expert reports, titled (1) Assessment of Damages, Northern States Power's Spent Nuclear Fuel Claim; (2) Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate; and (3) Expert Report Regarding Spent Nuclear Fuel Acceptance Rights for Northern States Power Company's Prairie Island and Monticello Plants, shall constitute plaintiff's response to the court's orders of March 3 and 30, 2005, directing plaintiff to file a "claim letter" identifying all costs that plaintiff is seeking to recover in this action. The filing of these expert reports shall be without prejudice to defendant's right at trial to challenge the qualifications of the experts and the admissibility of their testimony.

2. The court defers ruling on defendant's cross-motion for summary judgment regarding pre-breach and future damages pending the parties' consideration of the Federal Circuit's recent decision in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir. Sept. 9, 2005).

s/John P. Wiese
John P. Wiese
Judge