# In the United States Court of Federal Claims

No. 98-484C
Filed: September 14, 2005

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING PRETRIAL SCHEDULE

Consistent with their September 9, 2005, joint status report, the parties shall adhere to the following pretrial schedule:

1. On or before May 16, 2006, defendant shall provide plaintiff with any expert reports.

2. On or before June 15, 2006, plaintiff shall provide defendant with any expert rebuttal reports.

3. On or before September 1, 2006, plaintiff shall file its memorandum of contentions of fact and law.

4. On or before September 29, 2006, defendant shall file its responsive memorandum of contentions of fact and law.

5. On or before October 10, 2006, plaintiff shall file its response to any evidentiary motions contained in defendant's memorandum.

6. A pretrial conference will be held at 2:30 p.m. on Wednesday, October 18, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

7. Trial is scheduled to commence on Monday, October 23, 2006, and will be held in Minneapolis, MN, for the first two weeks and in Washington, DC, for the following two weeks.

s/John P. Wiese
John P. Wiese
Judge