U.S. Department of Justice

Civil Division

PDK:DMC:HDL:SASnyder
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

Telephone: (202) 616-0347
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

December 5, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Mr. Alex D. Tomaszczuk
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

Re: System Fuels, Inc. v. United States, No. 03-2624

Dear Mr. Tomaszczuk:

We have preliminarily reviewed the expert reports that plaintiff, System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association (collectively "SFI"), provided to us on November 18, 2005. The SFI claim for damages includes a claim for damages "estimated to be incurred between September 1, 2005 and August 31, 2006." These costs are potential future damages for which you have provided no invoices or supporting data. The SFI claim also includes costs incurred between the date upon which SFI filed its complaint and September 1, 2005. It appears that you submitted the report of Messrs. Metcalfe and Sieracki with the expectation that the United States Court of Appeals for the Federal Circuit would grant the petition for rehearing in the Indiana Michigan case. Because the Federal Circuit denied that petition, we understand the Indiana Michigan decision to be settled law in this case. Thus, the damages that SFI may claim here are only those damages that have been incurred as of "the time of the institution of the action." Indiana Michigan Power Co. v. United States, 422 F.3d 1369, 1377 (Fed. Cir. 2005). In this case, because the SFI complaint was filed on November 5, 2003, the trial of this case should only consider those damages incurred through November 5, 2003.

Even though costs incurred after November 5, 2003 are not currently a proper part of this case, we would be willing to consider agreeing not to oppose a motion by SFI to file an amended or supplemental complaint that would update its damages through August 31, 2005. Given that you have provided to us documentation for the damages incurred through August 31, 2005, we expect that we would be able to complete our discovery, including an audit, of those actual costs through that time. However, we must oppose any effort by SFI to amend the complaint to the time of trial, to include any costs beyond August 31, 2005, as that will not provide us with the time that we need for fact and expert discovery based upon actual documentary support for actual costs, as opposed to speculation about costs that might be incurred.

Alex Tomaszczuk
December 5, 2005
Page 2

Please let me know as soon as possible what your intentions are in this regard so that we may plan accordingly. If I do not hear from you by close of business, December 7, 2005, we will assume that we need to raise this issue with the Court and seek to strike those portions of your damages report that refer to damages to be incurred after November 5, 2003.

Please give me a call if you have any questions.

Very truly yours,

Sharon Snyder

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch