# In the United States Court of Federal Claims

## ORDER

NORTHERN STATES POWER CO.

No. 98-484C

v.

THE UNITED STATES

Washington, D.C., January 31, 2006

Please take notice that in the above case, there has been entered this day on plaintiff's motion, filed January 27, 2006, for leave to file it amended and supplemental complaint,

the following Order:

**ALLOWED.**

s/John P. Wiese
John P. Wiese
Judge