# In the United States Court of Federal Claims

No. 98-484C
Filed: February 22, 2006

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Pursuant to the joint request of the parties, the court directs that neither party shall be required in the instant action to produce drafts of their experts' final written reports, whether prepared for this case or for any spent nuclear fuel case.

s/John P. Wiese
John P. Wiese
Judge