# In the United States Court of Federal Claims

No. 98-484C
Filed: April 4, 2006

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

MODIFYING PRETRIAL SCHEDULE

---

As discussed during the status conference held this date, the pretrial schedule shall be modified as follows:

1. The time within which defendant shall provide plaintiff with its expert reports is extended to and including July 11, 2006.

2. The time within which plaintiff shall provide defendant with any rebuttal to the expert reports is extended to and including August 15, 2006.

s/John P. Wiese
John P. Wiese
Judge