# In the United States Court of Federal Claims

No. 98-484C
Filed: August 15, 2006

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

DEFERRING FURTHER BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

As discussed during the telephone conference held this date, further briefing with respect to defendant's July 28, 2006, motion for summary judgment is deferred pending the conclusion of trial. Plaintiff's opposition to defendant's motion and defendant's reply brief shall be filed along with the parties' post-trial submissions.

s/John P. Wiese
John P. Wiese
Judge