**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 1, 2006)

| | |
|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 98-484C (Senior Judge Wiese) |

**PLAINTIFF'S WITNESS LIST**

Pursuant to this Court's September 14, 2005 Order and RCFC Appendix A, ¶ 15(a), Plaintiff Northern States Power Company ("NSP"), hereby submits its list of witnesses for the damages trial scheduled to commence on October 23, 2006. Consistent with RCFC Appendix A, ¶ 15(a), this list does not contain witnesses that NSP may choose to use for impeachment. NSP reserves the right to amend this list as described in the RCFC, based on recent and future discovery received from the Government, or as may otherwise be permitted by the Court. NSP also reserves the right to call any and all witnesses on Defendant's witness list.

**A. Fact Witnesses NSP Expects to Call**

1. Jim Alders
Manager, Regulatory Projects
Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401
(612) 330-6732

Time needed for direct examination: 2 hours.

Mr. Alders will discuss the activist role of the Minnesota legislature, the Certificate of Need process, and the legislative mandates imposed as a condition for NSP to build a dry storage facility at Prairie Island. Additionally, he will discuss the specific legislative mandate that NSP attempt to site an away from reactor dry storage facility in Goodhue County, Minnesota and the costs associated with NSP's compliance with that mandate.

2. Merle Anderson
Northern States Power Company Retiree
3823 Stonehaven Court
Anoka, MN 55303
(763) 421-6257

Time needed for direct examination: 2 hours.

Mr. Anderson, who served as NSP's Director of State and Metro Public Affairs during the early 1990s, will discuss his efforts for NSP to have the Minnesota legislature pass legislation allowing NSP to build a dry storage facility at Prairie Island.

3. Charles Bomberger
General Manager, Nuclear Asset Management
Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401
(612) 337-2183

Time needed for direct examination: 3 hours.

As the senior nuclear official at NSP, Mr. Bomberger will discuss the NSP and Xcel Energy ("Xcel") organizational structure and provide a physical and operational overview of the Prairie Island and Monticello nuclear plants. Mr. Bomberger will identify some of the key personnel who were or are involved in the operation of the plants. He will also discuss the Nuclear Management Company ("NMC"), its relationship to NSP and Xcel, and its role in managing the Prairie Island and Monticello nuclear plants. Furthermore, Mr. Bomberger will

provide an overview of NSP's key damages elements and the effect of the Department of Energy's ("DOE") breach on NSP, the current status of Private Fuel Storage, LLC, NSP's payments to the Nuclear Waste Fund to date and its expectations as to DOE's performance in light of those payments. Mr. Bomberger may also discuss the Delivery Commitment Schedule ("DCS") process, DOE's administration of that process, and NSP's periodic submission of DCS forms.

4. Elizabeth "Betsy" Engelking
Manager, Resource Planning & Bidding
Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401
(612) 330-7987

Time needed for direct examination: 2 hours.

Ms. Engelking will discuss the Minnesota legislative mandate that NSP pursue 125 megawatts of bio-mass energy (reduced to 110 megawatts in 2003) as a condition of receiving permission to build a dry storage facility at Prairie Island. She will discuss how NSP has pursued meeting this mandate and describe how NSP computed its damages claim for this component. Ms. Engelking may also discuss her role in the early 1990s with the Minnesota Public Utility Commission.

5. Jon Kapitz
Supervisor, Mechanical Engineering Design Group
Prairie Island Nuclear Plant – Nuclear Management Company
1717 Wakonade
Welch, MN 55089
(651) 388-1121 ext. 4819

Time needed for direct examination: 8 hours.

Mr. Kapitz served as the project engineer and project manager of the dry fuel storage project at Prairie Island. He will discuss NSP's review of available options for storing Prairie

Island's SNF in the late 1980s including actual and projected discharge data and the physical dimensions and limitations of the pool at Prairie Island. Mr. Kapitz will further describe the reasons that NSP rejected the options of reracking the spent fuel pool and rod consolidation, and the reasons for NSP's ultimate decision to store Prairie Island's SNF by constructing a dry storage facility, including (but not limited to) the impact of DOE's failure to perform. Mr. Kapitz will describe and explain the costs of the dry storage project, including authentication of invoices as may be necessary. Mr. Kapitz will also discuss the presence, if any, of Greater-than-Class-C Waste and failed fuel at the Prairie Island nuclear plant. Mr. Kapitz may also discuss DOE's issuance of acceptance rate schedules and DOE's administration of NSP's contracts with DOE.

6. Jim Karalus
2474 Germain Street
Maplewood, MN 55109
(651) 777-0639

Time needed for direct examination: 2 hours.

Mr. Karalus served with Mr. Peterson in NSP's Fuels Department in 1983 at the time DOE promulgated the draft contract in the Federal Register and NSP signed its contracts with DOE for disposal of its SNF. Mr. Karalus will discuss NSP's execution of its Standard Contract, the purpose of the Standard Contract, and DOE's representations and NSP's understanding of those representations regarding DOE's performance obligations.

7. Laura McCarten
Director of Regional Transmission Development
Xcel Energy
250 Marquette Plaza, 8th Floor
Minneapolis, MN 55401
(612) 330-5723

Time needed for direct examination: 6 hours.

Ms. McCarten served as the project manager for the dry spent fuel project at NSP's Prairie Island plant. She will discuss NSP's review of available options for storing Prairie Island's SNF in the late 1980s, including actual and projected discharge data and the physical dimensions and limitations of the pool at Prairie Island. She will also testify about the technical aspects and estimated costs of reracking the spent fuel pool and rod consolidation, and NSP's ultimate decision to store Prairie Island's SNF by constructing a dry storage facility. Additionally, she will discuss the Minnesota regulatory process, in which NSP applied for a Certificate of Need for the dry storage facility before the Minnesota Public Utility Commission. She will also discuss the impact of DOE's failure to perform on NSP's evaluation of alternative SNF storage options and on the Certificate of Need process.

8. Mark McKeown
Manager of Dry Fuel Storage for Monticello
Nuclear Management Company
700 First Street
Hudson, WI 54016
(715) 377-3318

Time needed for direct examination: 2 hours.

Mr. McKeown will discuss the operation of the Monticello plant and NSP's costs of developing a dry storage facility at the Monticello plant. Additionally, Mr. McKeown, who worked at Prairie Island during the 1990s, will discuss the need for a crane upgrade at Prairie Island as part of constructing the dry storage facility and the resultant costs of that crane upgrade.

9. Scott Northard
Nuclear Safety Assurance Manager
Prairie Island Nuclear Plant – Nuclear Management Company
1717 Wakonade
Welch, MN 55089
(651) 388-1121 ext. 4139

Time needed for direct examination: 1 hour.

Mr. Northard will discuss NSP's decision to participate in Private Fuel Storage, LLC ("PFS") (and its predecessor Mescalero Fuel Storage, LLC), how and why PFS was created, and NSP's role in PFS and costs associated therewith.

10. The Honorable Steven Novak
Anoka County Governmental Services Division Manager
Government Center
2100 Third Ave.
Anoka, MN 55303
(763) 458-8232

Time needed for direct examination: 2 hours.

The Honorable Steven Novak served as a Senator in the Minnesota Senate from approximately 1982 to 2000. He will discuss the 1994 legislation that he sponsored and helped pass, which legislation allowed NSP to build a dry storage facility at Prairie Island. He will also discuss the accompanying mandates the Minnesota legislature imposed on NSP as a result of DOE's failure to perform.

11. Lisa Perkett
Director, Capital Asset Accounting
Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401
(612) 330-6950

Time needed for direct examination: 4 hours.

Ms. Perkett will discuss NSP's accounting systems, including the project codes and numbers used for the dry storage project (and other damages components as necessary). Ms. Perkett will identify and authenticate corporate business records and underlying costs based on her knowledge of the accounting systems (as may be required).

12. The Honorable Krista L. Sanda
Member, Metropolitan Council
Mears Park Centre
230 E 5th St
St Paul, MN 55101-1634
(651) 602-1000

Time needed for direct examination: 2 hours.

The Honorable Krista Sanda held the position of Commissioner of the State of Minnesota's Department of Public Service in the early 1990s. Commissioner Sanda will discuss the State of Minnesota's interest in nuclear matters, her efforts in the early 1990s to press DOE to meet its obligation to dispose of spent nuclear fuel ("SNF") in a timely manner to assure the prompt removal of SNF from Minnesota, and the Minnesota legislation that was enacted to allow NSP to build its dry storage facility at the Prairie Island nuclear plant, subject to the satisfaction of various mandates and other conditions imposed by the legislature.

13. Michelle Swanson
Manager, Policy Analysis; Renewable Development Fund Board Member
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 330-7975

Time needed for direct examination: 2 hours.

Ms. Swanson will discuss the Renewable Development Fund including what it is, how it operates, and NSP's costs associated with this legislative mandate.

14. Scott Wilensky
Executive Director, State Government Affairs
Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401
(612) 330-5942

Time needed for direct examination: 2 hours.

Mr. Wilensky will discuss the negotiations between NSP, the Prairie Island Indian Community, and the Minnesota legislature regarding payment to the tribe for continued dry fuel storage at the Prairie Island nuclear plant and the related 2003 legislation mandating payment from NSP to the Prairie Island Indian Community. Mr. Wilensky will also discuss the tribal settlement costs included in NSP's claim for damages.

## B. Fact Witnesses NSP May Call If The Need Arises

1. James Howard
   Northern States Power Company Retiree
   13141 Oak Meade
   Palm Beach Gardens, FL 33418

   Time needed for direct examination: 2 hours.

Mr. Howard, who served as Chief Executive Officer of NSP from 1987 through approximately 2000, may discuss (1) NSP's communications with DOE concerning its obligation to remove NSP's SNF and (2) his involvement in the enactment of the 1994 legislation, which allowed NSP to to build a dry storage facility Prairie Island.

2. Carl Lehmann
   Northern States Power Company Retiree
   13 Alice Court
   South St. Paul, MN 55075
   (651) 455-7580

   Time needed for direct examination: 1 hour.

Mr. Lehmann will discuss his efforts to have the State of Minnesota pass legislation in the early 1990s allowing NSP to build its dry storage facility at Prairie Island and his efforts in 2003 to have additional legislation passed allowing expansion of the storage capacity at Prairie Island.

3. The Honorable Gene Merriam
Commissioner, Minnesota Department of Natural Resources
DNR Information Center
500 Lafayette Road
St. Paul, MN 55155-4040
(651) 259-5555

The Honorable Gene Merriam served as a Senator in the Minnesota Senate during the 1980s and 1990s. He may discuss the 1994 legislation that he helped pass, which legislation allowed NSP to build a dry storage facility at Prairie Island. He may also discuss the accompanying mandates the Minnesota legislature imposed on NSP as a result of DOE's failure to perform.

4. Jim Milkovich
10310 Lee Drive
Eden Prairie, MN 55344
(952) 944-8508

Time needed for direct examination: 1 hour.

Mr. Milkovich served with Mr. Peterson in NSP's Fuels Department in 1983 at the time DOE promulgated the draft contract in the Federal Register and NSP signed its contracts with DOE for disposal of its SNF. Mr. Milkovich may discuss NSP's execution of its Standard Contract, the purpose of the Standard Contract, and DOE's representations and NSP's understanding of those representations regarding DOE's performance obligations.

5. David Peterson
10720 Mississippi Boulevard
Coon Rapids, Minnesota 55433
(763) 323- 9782

Time needed for direct examination: 1 hours.

Mr. Peterson served in NSP's Fuels Department in 1983 at the time DOE promulgated the draft contract in the Federal Register and NSP signed its contracts with DOE for disposal of

its SNF. Mr. Peterson will discuss NSP's execution of its Standard Contract, the purpose of the Standard Contract, and DOE's representations and NSP's understanding of those representations regarding DOE's performance obligations.

6. Michael Schwartz
Energy Resources International, Inc.
1015 18th Street, NW, Suite 650
Washington, DC 20036
(202) 785-8833

Time needed for direct examination: 1 hour.

Mr. Schwartz will discuss his advice and testimony from the Certificate of Need proceedings in the early 1990s, in which NSP sought permission to build its storage facility at the Prairie Island nuclear plant.

7. David Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Time needed for direct examination: 1 hour.

Mr. Zabransky will provide testimony regarding DOE's administration and operation of the Civilian Radioactive Waste Management Program, including, *inter alia*, DOE's suspension of the Delivery Commitment Schedule process.

## C. Expert Witnesses NSP Expects to Call

1. Kenneth P. Metcalfe
President
The Kenrich Group, LLC
1200 New Hampshire Avenue, NW, Suite 410
Washington, DC 20036
(202) 420-7681

Time Needed for Direct Examination: 6 hours

Mr. Metcalfe will testify as an expert regarding the Kenrich fuel management and damages models underlying NSP's claim, the accounting and economic variables and assumptions (*e.g.*, past financing, inflation) underlying the claim, and the propriety of the cost elements incorporated in the Kenrich model (including NSP's accounting system). Mr. Metcalfe will also testify regarding the individual components of NSP's damages claim not discussed by Mr. Sieracki. Mr. Metcalfe's opinions and the grounds for these opinions are set forth in his expert report, co-authored with Richard J. Sieracki. *See* RICHARD J. SIERACKI & KENNETH METCALFE, ASSESSMENT OF DAMAGES: NORTHERN STATES POWER'S SPENT NUCLEAR FUEL CLAIM (Aug. 1, 2005), as amended on June 16, 2006.

2. Richard Sieracki
Chief Executive Officer
The Kenrich Group, LLC
1200 New Hampshire Avenue, NW, Suite 410
Washington, DC 20036
(202) 420-7681

Time needed for examination: 4 hours.

Mr. Sieracki will testify as an expert regarding NSP's overall damages theory and claim. In particular, he will discuss NSP's dry storage costs, cask and cask loading costs, Kenrich's use of the fuel management model, and a description and justification for all estimates used in the expert report co-authored with Kenneth P. Metcalfe. *See* RICHARD J. SIERACKI & KENNETH METCALFE, ASSESSMENT OF DAMAGES: NORTHERN STATES POWER'S SPENT NUCLEAR FUEL CLAIM (Aug. 1, 2005), as amended on June 16, 2006. Mr. Sieracki's opinions and the grounds for these opinions are set forth in this expert report.

3. Eileen M. Supko
Senior Consultant
Energy Resources International, Inc.
1015 18th Street, NW, Suite 650
Washington, DC 20036
(202) 785-8833

Time Needed for Direct Examination: 4 hours

Ms. Supko will testify as an expert regarding the rate at which DOE would have accepted spent nuclear fuel from NSP's Prairie Island and Monticello nuclear plants, had DOE begun acceptance of spent nuclear fuel in accordance with the Nuclear Waste Policy Act and Standard Contract, and the rate at which DOE is expected to accept spent nuclear fuel from NSP's plants, once DOE begins receipt of spent fuel at the Yucca Mountain repository. Ms. Supko will also provide testimony regarding general spent fuel storage practices and related technical issues in the nuclear industry. Ms. Supko's opinions and the grounds for these opinions are set forth in her expert reports. *See* EILEEN M. SUPKO, EXPERT REPORT REGARDING DETERMINATION OF THE U.S. DEPARTMENT OF ENERGY'S OVERALL SPENT NUCLEAR FUEL ACCEPTANCE RATE (Aug. 1, 2005); EILEEN M. SUPKO, EXPERT REPORT REGARDING SPENT NUCLEAR FUEL ACCEPTANCE RIGHTS FOR NORTHERN STATES POWER COMPANY'S PRAIRIE ISLAND AND MONTICELLO PLANTS (Aug. 1, 2005).

Dated: September 1, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544