**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 1, 2006)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-484C<br>(Senior Judge Wiese) |
| **THE UNITED STATES**, | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION & TRIAL TESTIMONY DESIGNATIONS**

Plaintiff Northern States Power Company ("NSP"), respectfully submits certain designated deposition and prior trial testimony of witnesses of the United States ("the Government") that it intends to use as substantive evidence in its case-in-chief. A listing identifying the witnesses and specific transcript pages and lines is attached hereto. Because this testimony derives from the Government's agents or employees, it is admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

In this regard, RCFC Appendix A, ¶ 15(b) provides that a party must move for leave to file designations of substantive testimony, *except "as provided by Fed. R. Evid. 801(d)."* RCFC Appendix A, ¶ 15(b) (emphasis added). Because NSP's designations are pursuant to Fed. R. Evid. 801(d), NSP has filed this notice (as a motion does not appear to be required by the rules). *See Globe Savings*, 61 Fed. Cl. at 96. In this regard, this filing provides notice to the Government and this Court regarding these designations. NSP will be prepared to file the listed pages with the Court (and serve the Government) prior to commencement of trial.

Ultimately, NSP seeks to have the designated deposition and prior trial testimony admitted to streamline the parties' trial preparation and reduce trial time and costs. NSP reserves its right to supplement these designations based on any of the Government's counter-designations (should it have any) or if NSP gains the opportunity to depose the Government's proposed trial witnesses.[1]

Dated: September 1, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544

[1] By letter dated August 9, 2006, the Government refused NSP's July 20, 2006 request to update the depositions of four Government witnesses, all of whom are likely to appear on the Government's witness list, and none of whom have been deposed in the damages phase of this case (these individuals were deposed by NSP's counsel in the coordinated discovery proceedings several years ago). Prior to trial, NSP intends to take appropriate steps to compel the depositions of these Government witnesses. NSP reserves its right to supplement its designations prior to the start of the trial and present those designations during the trial.

**ATTACHMENT 1**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 1, 2006)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, | ) | |
| v. | ) | No. 98-484C (Senior Judge Wiese) |
| **THE UNITED STATES,** Defendant. | ) | |

**DEPOSITION & TRIAL TESTIMONY DESIGNATIONS**

**Lake Barrett**

**Dep. Testimony (Apr. 22, 2002)**
10:21 through 11:8
49:2 through 60:22
74:2 through 74:15
76:12 through 76:19
85:3 through 94:8
117:3 through 123:2
137:11 through 139:20
153:3 through 156:19
197:4 through 198:10
217:1 through 220:2

**Dep. Testimony (Apr. 23, 2002)**
348:1 through 350:11

**Dep. Testimony (Apr. 26, 2002)**
739:1 through 742:13
795:5 through 798:9

**Dep. Testimony (May 10, 2002)**
1163:1 through 1166:7
1284:19 through 1286:7

1332:1 through 1335:18
1368:10 through 1371:21

**Trial Testimony, *Tennessee Valley Authority v. US* (Jun. 24, 2005)**
818:1 through 819:20
824:17 through 826:25

**John Bartlett**

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (July 14, 2004)**
609:5 through 613:8
614:2 through 615:23
617:4 through 621:13
633:8 through 640:15
643:11 through 647:18

**Alan Brownstein**

**Dep. Testimony (Apr. 9, 2002)**
9:18 through 10:14
136:7 through 136:25

**Dep. Testimony (Apr. 10, 2002)**
276:6 through 276:17
282:5 through 283:15
299:15 through 299:20
328:19 through 328:21
376:22 through 378:5
405:16 through 405:20

**Dep. Testimony (Apr. 11, 2002)**
514:1 through 519:9

**Dep. Testimony (June 14, 2002)**
282:1 through 282:25
427:16 through 427:25

**Billy Cole**:

**Dep. Testimony (Mar. 12, 2002)**
8:10 through 9:25
55:2 through 55:25
75:1 through 75:14
129:2 through 130:22
173:3 through 176:24
180:1 through 180:24
201:20 through 202:24

204:1 through 206:23
225:15 through 226:18

**Dep. Testimony (June 4, 2002)**
199:5 through 200:11

**Susan Klein**:

**Dep. Testimony (Apr. 24, 2002)**
11:10 through 12:15
151:6 through 151:20

**Christopher Kouts**

**Trial Testimony, *Tennessee Valley Authority v. US* (Jul. 12, 2005)**
1567:15 through 1568:7
1569:4 through 1570:17
1571:1 through 1580:24

**Michael Lawrence**

**Dep. Testimony (May 20, 2002)**
86:7 through 88:22
130:7 through 131:16
142:10 through 145:24

**Dep. Testimony (May 21, 2002)**
301:20 through 305:4

**Ronald Milner**:

**Dep. Testimony (May 1, 2002)**
11:23 through 12:8
31:1 through 31:22
73:10 through 73:22

**Dep. Testimony (May 3, 2002)**
555:8 through 556:12

**Dep. Testimony (May 7, 2002)**
661:4 through 661:24

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 11, 2004)**
4711:23 through 4712:3
4723:9 through 4723:17

**Robert Morgan**

**Dep. Testimony (Mar. 21, 2002)**
24:10 through 24:24
37:9 through 44:4
137:3 through 144:10

**Dep. Testimony (June 25, 2002)**
134:12 through 135:14

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 3, 2004)**
3674:16 through 3686:22

**Thomas Pollog**

**Dep. Testimony (Apr. 11, 2002)**
20:9 through 21:4
96:1 through 97:17

**Dep. Testimony (May 16, 2002)**
293:3 through 294:23

**Trial Testimony, *Yankee Atomic Electric Co., et al. v. US* (Aug. 4, 2004)**
4012:19 through 4021:9
4021:18 through 4023:11

**Trial Testimony, *Tennessee Valley Auth. v. US* (June 24, 2005)**
908:6 through 909:24
916:2 through 918:8

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 11, 2005)**
1365:9 through 1367:10

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 12, 2005)**
1662:8 through 1666:18

**Nancy Slater (Thompson)**

**Dep. Testimony (Apr. 22, 1999)**
242:18 through 245:21

**Dep. Testimony (June 13, 2002)**
5:2 through 7:4
98:1 through 99:25
108:20 through 110:13

**Victor Trebules**

**Dep. Testimony (Apr. 17, 2002)**
17:7 through 18:17
52:11 through 53:21
97:2 through 99:1

**Dep. Testimony (Apr. 18, 2002)**
19:7 through 20:16

**David Zabransky**

**Dep. Testimony (Apr. 17, 2002)**
16:11 through 16:19
30:6 through 42:13
45:2 through 52:8
57:1 through 59:14
76:13 through 79:19
89:3 through 92:17
105:6 through 105:14
129:9 through 132:22

**Dep. Testimony (Apr. 18, 2002)**
323:2 through 326:17
343:2 through 366:22
431:4 through 442:22

**Dep. Testimony (Apr. 19, 2002)**
596:1 through 626:16
668:2 through 671:20

**Dep. Testimony (June 6, 2002)**
246:1 through 247:25

**Trial Testimony**, ***Yankee Atomic Electric Co., et al. v. US*** **(Aug. 5, 2004)**
4110:15 through 4112:3
4118:2 through 4118:12
4166:3 through 4167:16

**Trial Testimony, *Tennessee Valley Auth. v. US* (June 24, 2005)**
929:3 through 929:18

**Trial Testimony, *Tennessee Valley Auth. v. US* (July 12, 2005)**
1743:13 through 1743:25