**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 1, 2006)

| | |
|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 98-484C (Senior Judge Wiese) |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to this Court's September 14, 2005 Order and RCFC Appendix A, ¶ 16, Plaintiff Northern States Power Company ("NSP"), hereby submits this list of exhibits (Attachment A) it presently plans to use at trial, not including impeachment exhibits. At the present time, NSP expects to offer Exhibits 1-205, 389, 398-400, 418, 435, 1002-1027 and if the need arises may offer all other exhibits on the list. NSP reserves the right to rely on any exhibit identified on Defendant's exhibit list and reserves the right to use other documents at trial for impeachment. NSP also reserves the right to amend, supplement, and revise this list as appropriate and reserves the right not to offer all of the following exhibits.

Additionally, some of the documents in Exhibits 1 to 205 (which exhibits comprise the Kenrich Group's expert workpapers) contain summary tables. Consistent with RCFC Appendix A ¶ 13(a), these tables specify "the source(s) for the items or figures listed" therein, and Defendant has already undertaken extensive discovery of both the tables and the sources. To the extent that Defendant seeks additional opportunities to examine the sources underlying these summary tables, please contact the undersigned counsel.

Dated: September 1, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544