IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 98-484C |
| v. | ) | (Senior Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file documents under seal electronically in this case. Because some of our pre-trial motions may refer to protected information, and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing.

Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. As the Court is aware, a protective order has been entered in this case. Accordingly, it is possible that any pre-trial motions that the parties file may need to make reference to such protected information. Further, immediately upon the Court's granting of this motion, we anticipate filing a pretrial motion which necessitates the discussion of protected material. Thus, we require the Court's permission prior to the filing of any document containing protected information under seal, and, further, request that the Court consider this motion on an expedited basis.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file documents electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

September 18, 2006

CERTIFICATE OF FILING

I hereby certify that on this 18th day of September, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Heide L. Herrmann