# In the United States Court of Federal Claims

No. 98-484C
Filed: September 18, 2006

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING TRIAL

As discussed during the telephone conference held on September 13, 2006, trial will commence at 9:30 a.m. on Tuesday, October 24, 2006, and will be held through Friday, November 3, 2006, at the Hennepin County District Court, 300 South 6th Street, Minneapolis, MN. Trial will resume in Washington, DC, at 9:30 a.m. on Tuesday, November 7, 2006, and will be held through Friday, November 17, 2006.

s/John P. Wiese
John P. Wiese
Judge