# In the United States Court of Federal Claims

No. 98-484C
Filed: September 20, 2006

| | |
|---|---|
| NORTHERN STATES POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

AUTHORIZING ELECTRONIC FILING
OF SEALED DOCUMENTS

Pursuant to General Order 42A, the parties are hereby authorized to file sealed documents electronically.

s/John P. Wiese
John P. Wiese
Judge