IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTHERN STATES POWER COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-484C
(Judge Wiese)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including October 6, 2006, within which to file its memorandum of contentions of fact and law, witness list, and exhibit list. Defendant further seeks an enlargement of time of five days, to and including October 4, 2006, within which to file any remaining evidentiary motions. Defendant's memorandum of contentions of fact and law, witness and exhibit lists, and remaining evidentiary motions are currently due September 29, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Northern States Power Company ("NSP"), has indicated that NSP does not oppose this motion for enlargement of time.

The requested enlargement is necessary because the demands of trial preparation for this case, as well as other case commitments of Government counsel, have made it impossible for counsel to complete the Government's pretrial filings, obtain review of them, and file them with the Court by the current deadline. The completion of the Government's pretrial filings has been delayed, in part, because part of the Government's trial team has been involved in the trial of another spent nuclear fuel case, System Fuels, Inc. v. United States, No. 03-2624C (Fed. Cl.),

before Judge Braden, which concluded on September 22, 2006. Over the next two weeks, counsel for the Government will be traveling to Minneapolis, Minnesota, and Butler, Pennsylvania, to depose seven fact witnesses newly disclosed in plaintiff's pretrial filings. In addition, the supervisor of the attorneys assigned responsibility for preparing the Government's pretrial filings will be out of the country and unable to review or approve draft filings from September 27 through October 4, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of one week, to and including October 6, 2006, within which to file its memorandum of contentions of fact and law, witness list and exhibit list, and an enlargement of five days, to and including October 4, 2006, within which to file any remaining evidentiary motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

September 26, 2006

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of September, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Heide L. Herrmann