# In the United States Court of Federal Claims

No. 98-484C
Filed: September 28, 2006

| | |
|---|---|
| NORTHERN STATES POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DENYING MOTION IN LIMINE

For the reasons discussed during the off-the-record conference call held on September 27, 2006, defendant's September 20, 2006, motion in limine is DENIED.

s/John P. Wiese
John P. Wiese
Judge