# In the United States Court of Federal Claims

No. 98-484C
Filed: September 28, 2006

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's September 26, 2006, unopposed motion for an enlargement of time, to and including October 6, 2006, within which to file its pretrial submissions and to and including October 4, 2006, within which to file any remaining evidentiary motions, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge