**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NORTHERN STATES POWER COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 098-484C<br>(Senior Judge Wiese) |

**DEFENDANT'S FINAL WITNESS LIST**

Pursuant to the Court's pretrial scheduling order entered September 14, 2005, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, provides the following final list of trial witnesses. This list does not list witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, Northern States Power Company ("NSP"), in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules. Defendant reserves the right to call all witnesses listed on the witness list provided by NSP.

**Witnesses That Defendant Expects to Present:**

**Government Employees**

**1. Thomas Pollog**

Mr. Pollog is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog is also expected to testify concerning the Department of Energy ("DOE") database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations.

Estimated Time For Direct: 1-2 hours

**2. David Zabransky**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

Estimated Time For Direct: 1-2 hours

**3. Christopher Kouts**

Mr. Kouts is expected to testify concerning the plans by DOE to accept spent nuclear fuel at a geological repository and a Monitored Retrievable Storage facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel ("SNF"), budgetary issues, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**4. Ronald Milner**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management, is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time for Direct: 1-2 hours

**5. Robert L. Morgan**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**Plaintiff's Personnel**

**1. Jon Kapitz**

Mr. Kapitz is expected to testify concerning SNF management issues, and activities that would have occurred at NSP's reactor sites but for DOE's partial breach of the Standard Contract. Mr. Kapitz's testimony is expected to concern aspects of NSP's dry storage project, the hypothetical re-racking of NSP's Prairie Island spent nuclear fuel pool, NSP's pursuit of alternative storage facilities, various mandated payments and programs for which NSP seeks reimbursement, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**2. Laura McCarten**

Ms. McCarten is expected to testify concerning spent nuclear fuel management issues, as well as activities that would have occurred at NSP's reactor sites but for DOE's partial breach of the Standard Contract. Ms. McCarten's testimony is expected to concern aspects of NSP's dry storage project, the hypothetical re-racking of NSP's Prairie Island spent nuclear fuel pool, NSP's pursuit of alternative storage facilities, various mandated payments and programs for which NSP seeks reimbursement, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**3. Scott Northard**

Mr. Northard is expected to testify concerning NSP's participation in the Private Fuel Storage initiative, and other relevant matters.

Estimated Time For Direct: 1 hour

**Expert Witnesses**

**1. John D. Leonard, Jr.**

Mr. Leonard is expected to testify as an expert concerning technical issues related to plaintiff's damages claim, as well as activities that would have occurred at plaintiff's reactor sites regardless of DOE's partial breach of the Standard Contract. Mr. Leonard's opinions and the bases for those opinions are set out in his expert witness report. The information specified in RCFC 26(a)(2)(B) is attached to Mr. Leonard's expert witness report.

Estimated Time For Direct: 2 hours

**2. R. Larry Johnson**

Mr. Johnson is expected to testify as an expert concerning the calculation of plaintiff's damages, adjustments to plaintiff's damages because certain claimed costs were non-incremental to the partial breach, and the monetization of expert opinions offered by Mr. Leonard and Dr. Neuberger. Mr. Johnson's opinions and the bases for those opinions are set out in his expert witness report. The information specified in RCFC 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

Estimated Time For Direct: 2 hours

**3. Jonathan A. Neuberger**

Dr. Neuberger is expected to testify concerning an economic analysis of plaintiff's damages claim. Dr. Neuberger's opinions and the bases for those opinions are set out in his expert witness report. The information specified in RCFC 26(a)(2)(B) is attached to Dr. Neuberger's expert witness report.

Estimated Time For Direct: 2 hours

**Witnesses That Defendant May Call If The Need Arises:**

**Plaintiff's Personnel**

**1. Jim Alders**

Mr. Alders may be called to testify concerning NSP's efforts to pursue a second off-site, interim storage facility in Goodhue County, Minnesota, mandated payments and programs for which NSP seeks reimbursement, and other relevant matters.

Estimated Time For Direct: 1 hour

**2. Scott Wilensky**

Mr. Wilensky may be called to testify concerning NSP's payment of a settlement with the Prairie Island Tribal Community, other mandated payments and programs for which NSP seeks reimbursement, and other relevant matters.

Estimated Time For Direct: 1 hour

**3. Edward Watzl**

Mr. Watzl may be called to testify concerning Standard Contract administration, including NSP's preparation and submittal of delivery commitment schedules for the acceptance of SNF, and other relevant matters.

Estimated Time For Direct: 1 hour

**4. John W. Closs**

Mr. Closs may be called to testify concerning Standard Contract administration, including NSP's preparation and submittal of delivery commitment schedules for the acceptance of SNF, and other relevant matters.

Estimated Time For Direct: 1 hour

**Third Party Witnesses**

**1. Loring E. Mills**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may be called to testify concerning the authentication of documents regarding the development of the Standard Contract, the utilities' understanding regarding the rate and schedule of SNF acceptance by DOE, and other relevant matters.

Estimated Time For Direct: 2 hours

**2. John W. Bartlett**

Mr. Bartlett, a former Director of DOE's Office of Civilian Radioactive Waste Management, may be called to testify concerning the objectives, planning, and operation of DOE's civilian radioactive waste management program, and other relevant matters.

Estimated Time For Direct: 1 hour

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Heide L. Herrmann by Stephen Finn
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ANDREW P. AVERBACH
ALAN J. LO RE
STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2006, a copy of foregoing "DEFENDANT'S FINAL WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn