# ATTACHMENT A

DEFENDANT'S OBJECTIONS TO DESIGNATIONS BY
NORTHERN STATES POWER CO, AND DEFENDANT'S COUNTER-DESIGNATIONS

**GUIDE TO OBJECTIONS**

| **OBJECTION** | **MEANING** |
|---|---|
| FOUNDATION | QUESTION SEEKS TESTIMONY THAT IS OUTSIDE OF WITNESS'S PERSONAL EXPERIENCE OR OUTSIDE THE SCOPE OF EMPLOYMENT, OR THE WITNESS'S PERSONAL EXPERIENCE HAS NOT BEEN ESTABLISHED |
| LEGAL CONCLUSION | QUESTION CALLS FOR LEGAL CONCLUSION |
| SPECULATION | QUESTION SEEKS INFORMATION EITHER NOT BASED UPON THE WITNESS'S KNOWLEDGE OR EXPERIENCE OR CONCERNS A HYPOTHETICAL |
| BEST EVIDENCE | TESTIMONY CONTAINS EXCERPTS FROM A DOCUMENTS OR DISCUSSES A DOCUMENT, THE BEST EVIDENCE OF WHICH IS THE DOCUMENT ITSELF (WHICH MAY NOT BE IN EVIDENCE OR IDENTIFIED AS A TRIAL EXHIBIT) |
| VAGUE | MEANING OF TERMS WITHIN THE QUESTION ARE UNCLEAR |
| RELEVANCE | TESTIMONY IS NOT RELEVANT TO THE ISSUES TO BE DECIDED BY THE COURT |
| HEARSAY | TESTIMONY CONTAINS STATEMENTS MADE BY OTHERS |

**LAKE BARRETT**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 2002**<br>49:2-60:22<br>**June 24, 2005 (TVA)** [1]<br>59:4-11 | Foundation, legal conclusion, speculation, vague (as to term "reasonable") |
| 74:2-15 | Best evidence, speculation, vague |
| 76:12-19 | Foundation, vague (as to term "appropriate") |
| 85:3-94:8 | Foundation, vague |
| 117:3-123:2 | Foundation, legal conclusion, vague, completeness (question begins at 116:21) |
| 137:11-139:20 | Vague |
| 153:3-156:19 | Foundation, best evidence, vague |
| 197:4-198:10 | Foundation, best evidence, vague (as to "studies"), completeness (question begins at 196:22) |
| 217:1-220:2 | Foundation, mischaracterizes prior testimony, vague |
| | |
| **April 23, 2002**<br>348:1-350:11<br>**June 24, 2005 (TVA)**<br>824:17-826:25 | Foundation, best evidence, vague |
| | |

[1] Plaintiffs have designated "trial" testimony for Mr. Barrett from the trial in Tennessee Valley Authority v. United States, No. 01-249C (June 24, 2005). Mr. Barrett did not testify at trial in TVA. The testimony designated are excerpts from Mr. Barrett's deposition testimony on April 22 and 23, 2002 and duplicate testimony that plaintiff has already designated.

| | |
|---|---|
| **April 26, 2002**<br>739:1-742:13 | Foundation, best evidence, completeness (question and answer begin at 738:19) |
| 795:5-798:9 | Foundation, best evidence, speculation |
| | |
| **May 10, 2002**<br>1163:1-1166:7 | Foundation, legal conclusion, best evidence, vague (as to "mission"), completeness (question and answer begin at 1162:12) |
| 1284:19-1286:7 | Foundation, best evidence |
| 1332:1-1335:18 | Foundation, best evidence |
| 1368:10-1371:21 | Foundation, best evidence, speculation |

Counter-Designations:

**April 22, 2002**

38:14-15
43:13-49:1
65:10-69:19
80:10-81:1
83:7-84:5
116:14-117:18
120:22-121:21
149:5-150:20
180:16-181:17
194:19-197:7
201:15-203:3
242:16-249:19

**April 23, 2002**

399:22-401:3
412:22-413:16
427:14-435:2
442:19-445:5
461:14-465:9

**April 26, 2002**

699:6-16
742:14-743:1

**May 8, 2002**

939:13-940:8
953:21-955:14
965:2-966:15

**May 10, 2002**

1148:22-1151:4
1341:2-1342:14
1347:14-1348:14

**JOHN BARTLETT**

Objections:

| **Testimony** | **Objection** |
|---|---|
| | |
| **July 14, 2004**<br>609:5-613:8 | Foundation, vague as to timeframe |
| 614:2-615:23 | Foundation, best evidence, relevance |
| 617:4-621:13 | Foundation |
| 633:8-640:15 | Not qualified as an expert in this case, foundation |
| 643:11-647:18 | Not qualified as an expert in this case, foundation |

Counter-designations:

**July 14, 2004**

655:19-666:8
674:20-675:4
688:12-712:21
713:10-722:7

**ALAN BROWNSTEIN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 9, 2002**<br>136:7-25 | Foundation, best evidence, legal conclusion, completeness (answer continues to 137:6) |
| | |
| **April 10, 2002**<br>276:6-17 | Foundation, vague (as to term "linkages") |
| 282:5-283:15 | Foundation, best evidence |
| 299:15-20 | Foundation, legal conclusion, vague (as to whether question was about ACR or APR – see 299:21-24) |
| 328:19-21 | Foundation |
| 376:22-378:5 | Foundation |
| 405:16-20 | Foundation, legal conclusion |
| | |
| **April 11, 2002**<br>514:1-519:9 | Foundation, best evidence, legal conclusion |
| | |
| **June 14, 2002**<br>282:1-25 | Foundation, vague (as to "kind of inconsistency"), completeness (answer continues to 283:15) |

Counter-designations:

**April 9, 2002**

61:16-63:4
88:5-89:8
111:13-117:18
128:18-136:6
137:1-138:10

**April 10, 2002**

294:7-295:19
319:19-320:11
388:23-400:21

**April 11, 2002**

549:7-14

**May 23, 2002**

140:3-9
167:4-15

**BILLY COLE**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **March 12, 2002**<br>55:2-25 | Foundation, vague, completeness (answer concludes at 56:10) |
| 75:1-14 | Foundation, vague, completeness (question begins at 74:23) |
| 129:2-130:22 | Foundation, best evidence, vague, completeness (answer concludes at 131:20) |
| 173:3-176:24 | Foundation, best evidence, vague (as to "this topic"), completeness (question begins at 172:24 and last answer concludes at 177:1) |
| 201:20-202:24 | Foundation, vague, completeness (question begins at 201:19) |
| 204:1-206:23 | Foundation |
| 225:15-226:18 | Speculation, completeness (answer concludes at 227:6) |
| | |
| **June 4, 2002**<br>199:5-200:11 | Foundation, legal conclusion, vague |

Counter-designations:

**March 12, 2002**

53:4-54:13
61:9-67:19
74:11-78:10
81:24-84:13
88:24-89:12
119:20-120:10
128:11-129:1

134:3-135:22
152:6-13
171:9-173:2
186:12-195:12
199:10-201:18

**March 13, 2002**

279:25-282:6
353:20-354:17
504:7-21

**SUSAN KLEIN**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 24, 2002**<br>151:6-151:20 | Foundation, best evidence, relevance, beyond the scope of RCFC 30(b)(6) deposition |

Counter-designations:

**April 24, 2002**

10:20-11:9
62:21-63:5

**April 25, 2002**

354:17-355:13
376:13-382:22
400:7-401:17

**CHRISTOPHER KOUTS**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **July 12, 2005**<br>1569:4-1570:17 | Relevance |
| 1571:1-1580:24 | Best evidence, relevance, completeness (answer ends on 1581:6) |

Counter-designations:

**July 12, 2005**

1580:25-1581:6

**MICHAEL LAWRENCE**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **May 20, 2002**<br>86:7-88:22 | Foundation, best evidence, vague, relevance |
| 130:7-131:16 | Legal conclusion, foundation |
| 142:10-145:24 | Foundation, best evidence, vague |
| | |
| **May 21, 2002**<br>301:20-305:4 | Foundation, legal conclusion |

Counter-designations:

**May 20, 2002**

111:10-113:20
122:8-123:25
124:8-126:23
165:13-167:6
169:11-174:24
184:3-185:24
201:11-204:4

**May 21, 2002**

255:3-258:10
259:14-260:22
266:22-267:25
294:6-295:5
308:1-309:20
311:10-315:18
316:20-317:25
325:1-332:19
333:12-337:23
341:19-345:19

**RONALD MILNER**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **May 1, 2002**<br>31:1-22 | Relevance |
| 73:10-22 | Foundation, best evidence, vague (as to timeframe) |
| | |
| **May 3, 2002**<br>555:8-556:12 | Best evidence |
| | |
| **May 7, 2002**<br>661:4-24 | Best evidence, relevance |

Counter-designations:

**May 1, 2002**

27:23-28:6
41:3-17
67:5-69:12
132:2-133:4

**May 2, 2002**

391:13-392:17

**May 3, 2002**

443:16-444:8
552:12-555:6

**August 11, 2004**

4711:23-4716:2

4723:9-4732:25
4735:9-4742:11
4760:12-15

**ROBERT MORGAN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **March 21, 2002**<br>137:3-144:10 | Legal conclusion, speculation |
| | |
| **June 25, 2002**<br>134:12-135:14 | Legal conclusion |
| | |
| **August 3, 2004**<br>3674:16-3686:22 | Best evidence |

Counter-designations:

**August 2-3, 2004** (Trial in Yankee Atomic)

3626:5-3637:22
3642:19-3652:20
3656:16-3657:15
3664:22-3665:25
3667:17-3668:3
3675:3-23
3685:14-3686:11
3693:18-3696:8

**July 14, 2005** (Trial in TVA)

2189:21-2190:16
2193:4-21
2194:11-2195:10
2198:9-2200:16
2206:1-2216:18
2218:17-2223:10
2230:24-2236:23

**THOMAS POLLOG**

Objections:

| Testimony[2] | Objections |
|---|---|
| | |
| **May 16, 2002**<br>293:3-294:23 | Legal conclusion |
| | |
| **August 4, 2004**<br>4012:19-4021:9 | Legal conclusion |
| | |
| | |

Counter-designations:

**April 11, 2002**

31:1-34:5
41:5:-44:15
60:1-63:18
64:22-67:13
74:10-19
92:12-93:9
107:1-108:2
123:15-124:10
144:3-145:15
151:14-154:16
155:18-156:13
158:16-172:12
174:1-22
183:4-184:2
206:16-208:6

---

[2] Plaintiff has designated portions of the TVA trial transcript which are duplicative of the designations of Mr. Pollog's deposition testimony. Compare Pollog Dep. Apr. 11, 2002, 96:1-97:17 and TVA Transcript, 916:2-918:8 and 1365:9-1367:10.

**April 12, 2002**

9:25-16:17
21:17-24:21
49:14-50:23
91:4-92:10
115:11-116:20
160:12-162:19
163:5-19

**May 16, 2002**

320:15-321:7
322:20-323:17

**NANCY SLATER (THOMPSON)**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 1999**<br>242:18-245:21 | Foundation, completeness (answer ends at 246:4) |
| | |
| **June 13, 2002**<br>98:1-99:25 | Foundation, legal conclusion, completeness (answer ends at 100:14) |
| 108:20-110:13 | Foundation, legal conclusion, completeness (question begins at 108:7) |

Counter-designations:

**April 21, 1999**

32:23-33:6
82:10-15
82:19-83:10
106:16-108:10
164:23-165:13
176:11-25

**April 22, 2002**

245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24

**June 13, 2002**

149:10-153:14

**VICTOR TREBULES**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 17, 2002**<br>52:11-53:21 | Best evidence, completeness (answer concludes at 54:4) |
| | |
| **April 18, 2002**<br>19:7-20:16 | Foundation, legal conclusion, relevance, completeness (question begins at 18:22) |

Counter-designations:

**April 17, 2002**

15:17-16:17
18:18-19:4
42:5-43:17
53:22-54:4
76:17-77:22
96:19-103:22
113:18-116:14
146:12-148:21
173:2-176:9
180:7-186:22

**April 18, 2002**

302:21-305:14
381:5-382:14

**April 18. 2002** (Yankee Atomic deposition)

125:20-127:13

**DAVID ZABRANSKY**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 17, 2002**<br>30:6-42:16 | Legal conclusion |
| 57:1-59:14 | Legal conclusion |
| 76:13-79:19 | Legal conclusion |
| 89:3-92:17 | Speculation, vague (as to term "reasonable") |
| 105:6-14 | Foundation |
| | |
| **April 18, 2002**<br>323:2-326:17 | Foundation, legal conclusion, best evidence, completeness (question begins at 322:16) |
| 343:2-366:22 | Foundation, legal conclusion, speculation |
| | |
| **June 6, 2002**<br>246:1-247:25 | Legal conclusion, speculation |

Counter-designations:

**April 17, 2002**

55:1-57:17
60:20-61:5
128:10-129:18
150:4-155:21
197:4-199:10

**April 18, 2002**

242:10-246:19
249:6-253:12

254:9-19
266:21-267:20

395:18-396:21
412:20-414:16
449:7-451:18

**April 19, 2002**

628:15-631:22
639:12-640:8

**June 6, 2002**

229:7-231:20
234:6-240:19

**August 5, 2004**

4154:6-4156:3
4161:19-4162:9
4222:15-4226:3