IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

DEFENDANT'S PROPOSED PRETRIAL CONFERENCE AGENDA

Pursuant to this Court's instruction given during a recent telephone conference, the Government submits the following proposed agenda items for the pretrial conference scheduled to take place on Wednesday, October 18, 2006.

1. The Government requests that the Court address the two motions *in limine* that remain outstanding. In particular, we believe that resolution of the Government's motion regarding state legislation would benefit both parties and the Court. If that motion is granted, several days of testimony in Minneapolis would become unnecessary.

2. The Government requests that the Court address plaintiff's notice of designation of trial and deposition testimony. As the Court is aware, defendant moved to strike plaintiff's notice, or in the alternative, to preclude reliance upon those designations. Plaintiff has opposed the Government's motion, and we anticipate that the Government will file its reply prior to the scheduled pretrial conference.

3. The Government requests that the Court address objections to exhibits, unless the Court plans to deal with objections during trial.

4. The Government requests that the Court set a deadline for each party to inform the other as to its planned order of witness presentation. Especially given the volume of witnesses on plaintiff's witness list, an understanding of the order of witnesses would allow the Government to better plan for travel (that is, which attorneys should fly to Minneapolis and when), and to avoid futile preparation (that is, the preparation of cross-examinations of witnesses that plaintiff does not plan to call in its case-in-chief).

5. The Government requests that we be allowed to address some administrative issues involved with conducting half of this trial in Minneapolis. Specifically, we wish to inform the Court regarding the Government's intent to present its case electronically, and glean the Court's preferences with regard to issues such as real-time court reporting and the presentation of exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
ANDREW P. AVERBACH
STEPHEN P. FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 12, 2006

s/Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 12th day of October, 2006, a copy of foregoing "DEFENDANT'S PROPOSED PRETRIAL CONFERENCE AGENDA" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Heide L. Herrmann