**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 12, 2006)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, | ) | No. 98-484C |
| v. | ) | (Senior Judge Wiese) |
| **THE UNITED STATES**, Defendant. | ) | |

**NOTICE OF PROPOSED AGENDA FOR PRE-TRIAL CONFERENCE**

Pursuant to the Court's request for a pre-trial conference agenda, please find attached a list of issues that Plaintiff Northern States Power Company ("NSP") believes should be discussed at the pre-trial conference to take place on October 18, 2006:

- *Motions in Limine and Evidentiary Motions*: To date, NSP has not responded to two of the Government's motions in limine regarding the Minnesota mandates and the exclusion of the testimony of one of NSP's experts – Ms. Eileen Supko. According to the Court's docketing system, a response to these motions is due on October 23, 2006. NSP is prepared to argue these motions at the pre-trial conference without submitting a brief, but would prefer to respond to the Government's motions in post-trial briefing.

- *Exhibits*: The parties have exchanged exhibits and have essentially finalized the exhibits, although depositions of some trial witnesses have continued through today. (Also, due to a clerical error, NSP inadvertently left out copies of documents in one or two of its exhibits that it provided to the Government and NSP will provide these documents prior to the pre-trial conference.) The parties will need to discuss with the Court when it would like to receive a copy of the parties' exhibits, because the parties may file objections to exhibits prior to the pre-trial conference. Finally, the parties will need to discuss how documents will be treated under the protective order. In this regard, NSP requests the opportunity (1) to alert the Court during the trial as to which, if any, portions of the hearing will be protected, and (2) to advise the Court and the Government after the trial as to which documents will remain protected.

- *Demonstrative Exhibits*: NSP proposes that the parties provide demonstrative exhibits 48 hours prior to their intended use.

- *Stipulation as to Incurred Costs*: NSP has requested that the Government stipulate that NSP has incurred the costs it seeks in this litigation, subject of course to the Government's right to raise causation, foreseeability, or other substantive defenses to NSP's claims. Such a stipulation would be consistent with the Government's stated intent of conducting the laborious and document intensive audit in this case. *See* December 7, 2004 Joint Status Report at 1 ("The purpose of the claim letter is to enable the Government to understand the components of NSP's claim and the costs incurred to date by NSP which it contends are attributable to the Government's breach, with the goal of enabling the parties to stipulate prior to trial as to the amount of costs incurred (the Government reserves its rights to contest that any costs are properly attributable to the Government).").

- *Logistics for the Minnesota Courtroom:* The parties hope to answer any of the Court's remaining questions regarding the Minnesota courtroom at the Hennepin County Courthouse where the first two weeks of trial will take place.

- *Logistics for October 25, 2006 Site Visit*: NSP will discuss the arrangements it has made for the Court and counsel to visit the Prairie Island nuclear plant, including proper attire and transportation to and from the site.

Dated: October 12, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544