# In the United States Court of Federal Claims

No. 98-484C
Filed: October 19, 2006

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

## ORDER

## MEMORIALIZING RULINGS ON MOTIONS IN LIMINE

---

As discussed during the pretrial conference held on October 18, 2006, defendant's October 4, 2006, motion in limine to exclude the testimony of plaintiff's expert witness, Ms. Eileen M. Supko, is DENIED.

The court will address at trial defendant's October 4, 2006, motion in limine to exclude testimony regarding Minnesota state legislation and defendant's October 6, 2006, motion to strike plaintiff's "Notice of Deposition and Trial Testimony Designations," and in the alternative, motion in limine to preclude reliance upon those designations as substantive evidence. Rulings on objections to the admissibility of exhibits also will be addressed at trial.

s/John P. Wiese
John P. Wiese
Judge