IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-484C<br>(Senior Judge Wiese) |

DEFENDANT'S NOTICE OF FILING OF ITS OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION AND TRIAL TESTIMONY AND ITS COUNTER-DESIGNATIONS OF DEPOSITION AND TRIAL TESTIMONY

Defendant, the United States, respectfully submits this notice of the filing of its objections to the designations of deposition and trial testimony by plaintiff, Northern States Power Company ("NSP"). In addition, defendant respectfully provides the Court with the Government's counter-designations. Both the list of the Government's objections and the text of the counter-designations are attached. Although the Court has deferred ruling upon the Government's motion to strike NSP's designations, we are filing our objections and counter-designations to ensure that they are properly before the Court, if the Court considers the testimony designated by NSP. Counsel for defendant will provide a courtesy copy of the attached to the Court and counsel for NSP on the first day of trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

ANDREW P. AVERBACH
JOHN C. EKMAN
STEPHEN P. FINN
JOSHUA E. GARDNER
MARIAN E. SULLIVAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

October 23, 2006

Attorneys for Defendant

# ATTACHMENTS

DEFENDANT'S OBJECTIONS TO DESIGNATIONS BY
NORTHERN STATES POWER CO, AND DEFENDANT'S COUNTER-DESIGNATIONS

**GUIDE TO OBJECTIONS**

| OBJECTION | MEANING |
|---|---|
| FOUNDATION | QUESTION SEEKS TESTIMONY THAT IS OUTSIDE OF WITNESS'S PERSONAL EXPERIENCE OR OUTSIDE THE SCOPE OF EMPLOYMENT, OR THE WITNESS'S PERSONAL EXPERIENCE HAS NOT BEEN ESTABLISHED |
| LEGAL CONCLUSION | QUESTION CALLS FOR LEGAL CONCLUSION |
| SPECULATION | QUESTION SEEKS INFORMATION EITHER NOT BASED UPON THE WITNESS'S KNOWLEDGE OR EXPERIENCE OR CONCERNS A HYPOTHETICAL |
| BEST EVIDENCE | TESTIMONY CONTAINS EXCERPTS FROM A DOCUMENTS OR DISCUSSES A DOCUMENT, THE BEST EVIDENCE OF WHICH IS THE DOCUMENT ITSELF (WHICH MAY NOT BE IN EVIDENCE OR IDENTIFIED AS A TRIAL EXHIBIT) |
| VAGUE | MEANING OF TERMS WITHIN THE QUESTION ARE UNCLEAR |
| RELEVANCE | TESTIMONY IS NOT RELEVANT TO THE ISSUES TO BE DECIDED BY THE COURT |
| HEARSAY | TESTIMONY CONTAINS STATEMENTS MADE BY OTHERS |

**LAKE BARRETT**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 2002**<br>49:2-60:22<br>**June 24, 2005 (TVA)** [1]<br>59:4-11 | Foundation, legal conclusion, speculation, vague (as to term "reasonable") |
| 74:2-15 | Best evidence, speculation, vague |
| 76:12-19 | Foundation, vague (as to term "appropriate") |
| 85:3-94:8 | Foundation, vague |
| 117:3-123:2 | Foundation, legal conclusion, vague, completeness (question begins at 116:21) |
| 137:11-139:20 | Vague |
| 153:3-156:19 | Foundation, best evidence, vague |
| 197:4-198:10 | Foundation, best evidence, vague (as to "studies"), completeness (question begins at 196:22) |
| 217:1-220:2 | Foundation, mischaracterizes prior testimony, vague |
| | |
| **April 23, 2002**<br>348:1-350:11<br>**June 24, 2005 (TVA)**<br>824:17-826:25 | Foundation, best evidence, vague |
| | |
| **April 26, 2002**<br>739:1-742:13 | Foundation, best evidence, completeness (question and answer begin at 738:19) |

[1] Plaintiffs have designated "trial" testimony for Mr. Barrett from the trial in Tennessee Valley Authority v. United States, No. 01-249C (June 24, 2005). Mr. Barrett did not testify at trial in TVA. The testimony designated are excerpts from Mr. Barrett's deposition testimony on April 22 and 23, 2002 and duplicate testimony that plaintiff has already designated.

| | |
|---|---|
| 795:5-798:9 | Foundation, best evidence, speculation |
| | |
| **May 10, 2002**<br>1163:1-1166:7 | Foundation, legal conclusion, best evidence, vague (as to "mission"), completeness (question and answer begin at 1162:12) |
| 1284:19-1286:7 | Foundation, best evidence |
| 1332:1-1335:18 | Foundation, best evidence |
| 1368:10-1371:21 | Foundation, best evidence, speculation |

Counter-Designations:

**April 22, 2002**

38:14-15
43:13-49:1
65:10-69:19
80:10-81:1
83:7-84:5
116:14-117:18
120:22-121:21
149:5-150:20
180:16-181:17
194:19-197:7
201:15-203:3
242:16-249:19

**April 23, 2002**

399:22-401:3
412:22-413:16
427:14-435:2
442:19-445:5
461:14-465:9

**April 26, 2002**

699:6-16
742:14-743:1

**May 8, 2002**

939:13-940:8
953:21-955:14
965:2-966:15

**May 10, 2002**

1148:22-1151:4
1341:2-1342:14
1347:14-1348:14

**ALAN BROWNSTEIN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 9, 2002**<br>136:7-25 | Foundation, best evidence, legal conclusion, completeness (answer continues to 137:6) |
| | |
| **April 10, 2002**<br>276:6-17 | Foundation, vague (as to term "linkages") |
| 282:5-283:15 | Foundation, best evidence |
| 299:15-20 | Foundation, legal conclusion, vague (as to whether question was about ACR or APR – see 299:21-24) |
| 328:19-21 | Foundation |
| 376:22-378:5 | Foundation |
| 405:16-20 | Foundation, legal conclusion |
| | |
| **April 11, 2002**<br>514:1-519:9 | Foundation, best evidence, legal conclusion |
| | |
| **June 14, 2002**<br>282:1-25 | Foundation, vague (as to "kind of inconsistency"), completeness (answer continues to 283:15) |

Counter-designations:

**April 9, 2002**

61:16-63:4
88:5-89:8
111:13-117:18
128:18-136:6
137:1-138:10

**April 10, 2002**

294:7-295:19
319:19-320:11
388:23-400:21

**April 11, 2002**

549:7-14

**May 23, 2002**

140:3-9
167:4-15

**SUSAN KLEIN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 24, 2002**<br>151:6-151:20 | Foundation, best evidence, relevance, beyond the scope of RCFC 30(b)(6) deposition |

Counter-designations:

**April 24, 2002**

10:20-11:9
62:21-63:5

**April 25, 2002**

354:17-355:13
376:13-382:22
400:7-401:17

**CHRISTOPHER KOUTS**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **July 12, 2005**<br>1569:4-1570:17 | Relevance |
| 1571:1-1580:24 | Best evidence, relevance, completeness (answer ends on 1581:6) |

Counter-designations:

**July 12, 2005**

1580:25-1581:6

**MICHAEL LAWRENCE**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **May 20, 2002**<br>86:7-88:22 | Foundation, best evidence, vague, relevance |
| 130:7-131:16 | Legal conclusion, foundation |
| 142:10-145:24 | Foundation, best evidence, vague |
| | |
| **May 21, 2002**<br>301:20-305:4 | Foundation, legal conclusion |

Counter-designations:

**May 20, 2002**

111:10-113:20
122:8-123:25
124:8-126:23
165:13-167:6
169:11-174:24
184:3-185:24
201:11-204:4

**May 21, 2002**

255:3-258:10
259:14-260:22
266:22-267:25
294:6-295:5
308:1-309:20
311:10-315:18
316:20-317:25
325:1-332:19
333:12-337:23
341:19-345:19

**RONALD MILNER**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **May 1, 2002**<br>31:1-22 | Relevance |
| 73:10-22 | Foundation, best evidence, vague (as to timeframe) |
| | |
| **May 3, 2002**<br>555:8-556:12 | Best evidence |
| | |
| **May 7, 2002**<br>661:4-24 | Best evidence, relevance |

Counter-designations:

**May 1, 2002**

27:23-28:6
41:3-17
67:5-69:12
132:2-133:4

**May 2, 2002**

391:13-392:17

**May 3, 2002**

443:16-444:8
552:12-555:6

**August 11, 2004**

4711:23-4716:2
4723:9-4732:25

4735:9-4742:11
4760:12-15

**ROBERT MORGAN**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **March 21, 2002**<br>137:3-144:10 | Legal conclusion, speculation |
| | |
| **June 25, 2002**<br>134:12-135:14 | Legal conclusion |
| | |
| **August 3, 2004**<br>3674:16-3686:22 | Best evidence |

Counter-designations:

**August 2-3, 2004** (Trial in Yankee Atomic)

3626:5-3637:22
3642:19-3652:20
3656:16-3657:15
3664:22-3665:25
3667:17-3668:3
3675:3-23
3685:14-3686:11
3693:18-3696:8

**July 14, 2005** (Trial in TVA)

2189:21-2190:16
2193:4-21
2194:11-2195:10
2198:9-2200:16
2206:1-2216:18
2218:17-2223:10
2230:24-2236:23

**THOMAS POLLOG**

Objections:

| **Testimony**[2] | **Objections** |
|---|---|
| | |
| **May 16, 2002**<br>293:3-294:23 | Legal conclusion |
| | |
| **August 4, 2004**<br>4012:19-4021:9 | Legal conclusion |
| | |
| | |

Counter-designations:

**April 11, 2002**

31:1-34:5
41:5:-44:15
60:1-63:18
64:22-67:13
74:10-19
92:12-93:9
107:1-108:2
123:15-124:10
144:3-145:15
151:14-154:16
155:18-156:13
158:16-172:12
174:1-22
183:4-184:2
206:16-208:6

[2] Plaintiff has designated portions of the TVA trial transcript which are duplicative of the designations of Mr. Pollog's deposition testimony. Compare Pollog Dep. Apr. 11, 2002, 96:1-97:17 and TVA Transcript, 916:2-918:8 and 1365:9-1367:10.

**April 12, 2002**

9:25-16:17
21:17-24:21
49:14-50:23
91:4-92:10
115:11-116:20
160:12-162:19
163:5-19

**May 16, 2002**

320:15-321:7
322:20-323:17

**NANCY SLATER (THOMPSON)**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 22, 1999**<br>242:18-245:21 | Foundation, completeness (answer ends at 246:4) |
| | |
| **June 13, 2002**<br>98:1-99:25 | Foundation, legal conclusion, completeness (answer ends at 100:14) |
| 108:20-110:13 | Foundation, legal conclusion, completeness (question begins at 108:7) |

Counter-designations:

**April 21, 1999**

32:23-33:6
82:10-15
82:19-83:10
106:16-108:10
164:23-165:13
176:11-25

**April 22, 2002**

245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24

**June 13, 2002**

149:10-153:14

**VICTOR TREBULES**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 17, 2002**<br>52:11-53:21 | Best evidence, completeness (answer concludes at 54:4) |
| | |
| **April 18, 2002**<br>19:7-20:16 | Foundation, legal conclusion, relevance, completeness (question begins at 18:22) |

Counter-designations:

**April 17, 2002**

15:17-16:17
18:18-19:4
42:5-43:17
53:22-54:4
76:17-77:22
96:19-103:22
113:18-116:14
146:12-148:21
173:2-176:9
180:7-186:22

**April 18, 2002**

302:21-305:14
381:5-382:14

**April 18. 2002** (Yankee Atomic deposition)

125:20-127:13

**DAVID ZABRANSKY**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 17, 2002**<br>30:6-42:16 | Legal conclusion |
| 57:1-59:14 | Legal conclusion |
| 76:13-79:19 | Legal conclusion |
| 89:3-92:17 | Speculation, vague (as to term "reasonable") |
| 105:6-14 | Foundation |
| | |
| **April 18, 2002**<br>323:2-326:17 | Foundation, legal conclusion, best evidence, completeness (question begins at 322:16) |
| 343:2-366:22 | Foundation, legal conclusion, speculation |
| | |
| **June 6, 2002**<br>246:1-247:25 | Legal conclusion, speculation |

Counter-designations:

**April 17, 2002**

55:1-57:17
60:20-61:5
128:10-129:18
150:4-155:21
197:4-199:10

**April 18, 2002**

242:10-246:19
249:6-253:12

254:9-19
266:21-267:20

395:18-396:21
412:20-414:16
449:7-451:18

**April 19, 2002**

628:15-631:22
639:12-640:8

**June 6, 2002**

229:7-231:20
234:6-240:19

**August 5, 2004**

4154:6-4156:3
4161:19-4162:9
4222:15-4226:3