Page 74

notes, please.
A Sure, sure.
Q But I don't need them right now.
A Okay.
Q And why were they extracted from the Mission Plan? Did you say Mission Plan or Mission Plan Amendment?
A I said 1987 Mission Plan, but I meant Mission Plan Amendment.
Q I wanted to clarify that. Why were they taken from that document?
A When ACRs are put together, they were generally never meant to be lead for system return receipt rates. We always took receipt rates from other published documents that were --
The DOE hopes and goals were included in the 1987 Mission Plan, and we took it from there and placed into the ACR. Excuse me, the 1987 ACR.
Q And how were the numbers developed in the 1987 Mission Plan Amendment?
A Well, they were just to show an illustrative schedule as consistent with contract requirement for after commencement of facility operations not later than January 31st, 1998.

Page 75

And they reflect DOE's current plans for development of an improved performance waste management system.
MS. HEWITT: Let the record reflect the witness is reading from his notes.
BY MS. HEWITT:
Q And those notes were taken from what document?
A The 1987 Mission Plan Amendment.
Q Why were those numbers chosen?
A I believe for several reasons. This is based upon the improved performance waste management system, which is a system including acceptance at an MRS.
And I believe it's still incorporated with two repositories at that time. We were looking at 140,000 MTUs of spent fuel to be generated for the history of nuclear power. The total amount of generation was anticipated to be approximately 140,000 MTUs.
Q What time period is that over?
A Forever.
Q Forever? How can you know there's going to be 140,000?
A The DOE Office of Energy Information

Page 76

Administration makes projections about this.
Q Okay.
A There were two repositories to be developed at this time. So the decision was to basically -- 70,000 metric tons of uranium in each repository.
So we looked at basically a 20, 25 year lifetime for equipment; casks, hardware needed to operate at these facilities. And we took 70,000 and divided it by 20, 25 years to come up with approximately 3,000. That's for the steady state rate of the 2650.
The 2650 comes from -- it comes to 3,000, but at this instance we're looking at an MRS. The MRS at this time was anticipated --
We were looking at a site in Tennessee that would be an eastern MRS. So the Eastern sites would be shipping to an MRS. The western sites would be shipping straight from the reactor to repository.
If you look in the mix in the generation rates of where reactors are and how they would come in, approximately 2650 would be mostly the eastern --
Where the reactors are, how the fuel is

Page 77

being generated, they approximated a system where four hundred -- excuse me, 350 MTUs would go from a western reactor, western part of the United States straight to western repositories, which is where all three sites at that time in the west were being characterized.
And the fuel from the eastern part of the United States would go to the MRS first. And they split up the 3,000 -- 2650 coming from eastern reactors, 350 comes from western reactors. That 350 going straight to a western repository. 2650 coming from eastern reactors, going to a MRS and then to the repository.
Q So is it your testimony that the receipt rate then only applies to eastern reactors?
A No, it applies to the full system.
Q But the full system, I imagine, includes fuel taken from western reactors and eastern reactors?
A Possibly.
Q And you just said that the 2650 was eastern reactors and the 350 would be western reactors. So, then the total for the system would be 3,000?

Page 90

repository, right?
A Yes.
Q And so the system receipt rate should be greater than what's at an MRS, right?
A No. The system receipt rate is what's stated right here.
Q And what you're saying is the system receipt rate then equaled the receipt rate at the MRS?
A The schedule shown here includes an MRS in it.
Q Does it also include receipt at a repository?
A Eventually, yes.
Q When would receipt at the repository kick in?
A I think at that point in time, I don't know if it was still starting in 1998 or 2003 but it was when it was still either '98 or 2003.
Q Okay. Ninety-eight, I guess we can explain by the ramp-up. But in 2003, you've got a receipt rate for the whole system of 2000?
A Mm-hmm.
Q Why is that less than the 3,000 that you had -- the figure you used in your earlier

Page 91

answer?
A Well, the 2000 is still part of the ramp-up period.
Q Okay. So we get to 2650.
MS. SULLIVAN: Can I make a suggestion? He testified these rates come from the Mission Plan Amendment. If you have a copy of that, I think all of this would become much clearer.
MS. HEWITT: I may not have enough copies, because that was one of the documents he was expressly to talk about.
MS. SULLIVAN: You don't have a copy with you?
MS. HEWITT: When we break for lunch, I can make copies.
MS. SULLIVAN: I think it will become clearer.
MS. HEWITT: Okay.
BY MS. HEWITT:
Q Well, let me just ask this question. When we talk about system receipt rates, you talked about what the system is talking about in that -- how it's used in this table.
What is the system when it talks -- when the phrase uses system receipt rate, what is

Page 92

the system it's describing?
A At this point in time?
Q Yes, in this table.
A This includes -- MRS included a transportation system, an MRS and a repository. I think it's two repositories still included at this time. I'm not sure exactly when we started work, we stopped work on the second repository.
Q Okay. And this is repetitive, but I'm sorry, this is just for clarifying my mind on this issue.
The receipt rate reflects the outer limit of the physical capacity of the system to take spent nuclear fuel. Is that a correct summary of your earlier testimony?
A Well, it reflected the physical, financial and legal considerations we had to work under.
Q Okay. And what do you mean with regard to the legal considerations you had to work under?
A The, I believe, Nuclear Waste Policy Act, I'm not positive about this, came into the Policy Act or the Amendment Act with 70,000 metric ton limit on the site we were

Page 93

characterizing in Nevada.
Q And the other legal constraints that you were referring to in your earlier answer?
A At this point in time, I don't think there were any other legal constraints.
Q What about financial constraints?
A Budget, what budget we could get from Congress, and what the cost of the program would be.
Q In coming up with these acceptance rates included in the Mission Plan Amendment and also in Table 2.1, did DOE consider the storage capabilities or capacities that purchasers had on site for spent nuclear fuel?
A Yes.
Q And how did they take that consideration into account?
A DOE in its entirety -- I'm not sure if this was done by RW or Energy Information Administration -- projected the annual discharge rate at reactors in aggregate.
And they also knew what the in-pool storage capacity was for those reactors. And we were able to determine how much SNF in excess of that would be needed; how much excess storage

Page 106

Q And how would DOE determine what that rate would be?
A I would guess that they would again use the 859 data, which I believe was being collected at that point in time and look at what the generation of spent fuel was, the projections based on what was also in the 859 dated, and the EIA projections for nuclear energy, electricity generated from nuclear power plants for the future.
Q And the next paragraph it says that the -- it says, actually, that the rate of acceptance of fuel -- I think it's supposed to read, rate of acceptance of fuel would be the rate of discharge of reactors in action at that time.
Is that rate going to be different than the rate made reference to in the prior sentence? I'm just trying to understand all the different rates.
A I'm not sure of the exact rate, what was expected in 1983, if that was the time frame this document was published. But I would suspect, yes, it probably is the same.
Q Let me ask the question again, because I don't think that's right, but maybe I'm wrong.

Page 107

The rate that is sufficient to make sure that utilities don't have to add further storage facilities, is that rate the same thing as a discharge rate?
A No.
Q Okay. That's what I thought. Now, what is the difference between the two?
A Okay. Discharge rate is just what is removed from all of reactors on a yearly basis.
Q And the other rate, there's not a nice little term for it, but the rate that would insure that no utility would have to add any further storage facilities, how is that rate determined?
A You would look at what the on-site storage capacity in-pool is of each reactor. You would see what the -- how much fuel is in storage in that reactor. You would take what's discharged from that reactor. And then you would see if there is -- if it can still fit in the pool. Then it would be zero for that facility.
If the pool is full, then excess of fuel capacity would have to go in some other type of storage.
Eventually, they may equal if all pools

Page 108

were ever filled. Everything that would be discharged would have to go into dry storage.
Q I understand. Thanks. Makes it a little clearer for me.
The reference there is made to further storage facilities either on-site or at another location. What was in DOE's mind in terms of what types of further storage or sometimes you see the term additional storage capability. What were they thinking in terms of what other storage facilities would be available to utilities?
A You're referring to the last sentence of the paragraph that's highlighted.
Q Yes.
A No utility would have to add further storage facilities either on-site or at another location?
Q Yes.
A I guess that would mean that some utilities have -- a utility may have more than one reactor, so they may want to ship from one reactor to another reactor.
Q And would that be considered further storage?
A Could be.

Page 109

Q What about re-racking? Are you familiar with that term?
A Yes.
Q Is re-racking additional storage or further storage as contemplated herein?
A I would not consider it.
Q What did DOE consider it?
A I would say DOE would not consider that additional storage at another location. I would not consider it, nor would DOE consider it storage at another location.
Q What about further storage on-site?
A I would think it's also not included, further storage on-site.
Q Do you know whether DOE ever considered this aspect of what was considered further storage or additional storage?
A I'm not sure what you mean DOE considered.
Q I mean, did DOE ever state this, define further storage or additional storage?
MS. POWELL: I'll object to beyond the scope, but if you know the answer.
THE WITNESS: I don't know if they ever officially examined what was meant by the last

Page 122

When you say repository receipt rate, there could be two receipt rates at a repository. One is a receipt that's coming through the door and the second could be an in-placement rate.

It could be storage at the repository itself. And the difference between what's taken and put into placement right away, it may be a difference between what is accepted at the gate at the repository and what's actually been placed underground. That difference would be lag storage as we referred to at the repository that is separate from an MRS.

Q And when we use the term acceptance rate or when the DOE uses the term acceptance rate, what does it mean? Does it mean the repository receipt rate or a system design receipt rate? What does it mean?

A System.

Q System design receipt rate. Thank you. No more question on this document.

This will be Exhibit Number 7.

(Whereupon, Pollog Deposition Exhibit No. 7 was marked for identification.)

BY MS. HEWITT:

Q Are you familiar with this document,

Page 123

Mr. Pollog?

A Yes.

Q You had a chance to read it before this deposition?

A Yes.

Q Why don't we look at page one in the upper right hand corner and in the section titled introduction.

The last paragraph of that page indicates that the --

MS. POWELL: Can we wait a second until he's there.

MS. HEWITT: I'm sorry.

BY MS. HEWITT:

Q The last paragraph on that page talks about the one fundamental objective of the activities of the Mission Plan. And that is as set forth in the underlined portion, To accept commercial high level radioactive waste for safe management, storage and permanent disposal on a firm schedule beginning not later than January 31st, 1998. Do you see that provision?

A Yes, I do.

Q What does the term, firm schedule, mean as used in that phrase?

Page 124

A I would say it refers to a real schedule.

Q What do you mean by real?

A A real one that purchasers could expect to see DOE operating to.

Q Does that definition also include a schedule that utilities could rely on?

A To the extent considering the legal, technical and financial considerations, it was one they could use to plan upon.

Q The term used in here, the firm schedule from -- indicates that that is different from some other type of schedule. What other kind of schedule would you implement if it's not a firm schedule?

A I don't know.

Q Do you have any knowledge about why the term, firm, was included in this document to describe the schedule?

A No, I do not.

Q In the next sentence it indicated that the schedule -- I guess, another objective of the schedule would be to preclude need for additional reactor storage after January 31st, 1998 and ultimately remove from reactor storage all waste

Page 125

more than five years old. Do you see that phrase?

A Yes.

Q Is that consistent with what you have testified to be objective in the mid-eighties of the Nuclear Waste Management Program?

A Yes. Actually, that's one of the objectives.

Q And is it fair to say that this was a objective of DOE at the time this Mission Plan was -- this draft of the Mission Plan was produced?

A Yes.

Q There's reference in this sentence to, remove from reactor storage all fuel more than five years old. That's a little different specification than what we talked about earlier. What is that in reference to?

A I believe that that refers to standard fuel that is defined in the standard contract.

Q And that definition includes a time limit on it or --

A The standard contract designates standard fuel amongst other things as being older than five years old.

Page 142

A I believe so.
Q Okay. And the next paragraph in that introductory section under program strategy, it discusses the approach. And the approach here is said to insure that all the owners and generators of spent nuclear fuel and high level waste will be able to establish firm planning schedules for the disposition of their radioactive waste sufficiently early to determine their on-site in term storage needs.
My question is, is this the same objective that was referred to when the terms, firm schedule, was used in the prior iteration of this document?
A I believe so.
Q And what is the term, sufficiently early to determine their on-site in term storage needs? What is that addressing or reflecting?
A I would say that means that they wouldn't have to wait until the very last minute when their pool is filled to determine whether they need to build dry storage, re-rack their pool, trans-ship pool or make any other spent fuel management decisions.
Q And why was timeliness relevant or

Page 143

important in this context?
A The department's objective was to let the utilities know early enough so they wouldn't be in a situation where their pool is full and they had to make a decision.
Q Take a look at Table 2. I think it's one, but I'm not exactly clear. The Xerox copy is not very clear. It's entitled waste acceptance schedule. It looks very similar to the one we just talked about in the earlier draft of the Mission Plan, but I want to make sure that it is similar and that the columns represent the same sort of columns we were talking about earlier.
Can you let me know whether the same definitions and terms we've used with respect to the earlier table in the 1983 draft of this document, whether these are the same terms that are used in this table?
A I believe they are.
Q And included in two of these columns are repository acceptance rates. The term repository acceptance rates used in these columns, is that equal to what's called the in-placement rate in the earlier pages of this

Page 144

document?
A I believe so.
Q In this case there's a ramp-up rate of 400 MTUs on an annual basis, to 900 MTUs, then to 1800, and then to 3,000. This is different than we've seen in some of the earlier documents. What accounts for the difference?
A I believe what happened was when we issued the draft December, 1983 Mission Plan, we received comments from interested parties. And I believe the interested parties commented that our ramp-up rate was too ambitious and would not be easily achievable. And in response to those comments, I think they decided to decrease acceptance in the first few years.
Q Okay. Other than that, the -- is the reasons for using 1800 and 3,000 as the ultimate acceptance rate the same as the reasons that we've discussed for the use of these rates in earlier documents?
A Yes.
Q And just so the record is clear, can you tell me again what those reasons are?
A Number one reason being, if you'll look at the capacity for both repositories and the

Page 145

total amount of spent fuel that would need to be disposed of, you look at the total amount, 140, the capacity for each repository would be approximately 70,000.
You look at the operating lifetime of each repository being approximately 25 years, including the ramp-up rate. If you divide 70,000 by 25, you come to approximately 3,000 metric tons.
The second reason would be it was the objective for the department to alleviate or lessen any need for out of pool storage for the utilities, but considering the challenges that the program had to meet from the financial, legal and technical perspectives.
Q Take a look at page -- I think it's, it's 10-8 at the bottom. I don't know if this is chapter ten, but it's fairly far back in the document. It talks about the cost estimation?
A Ten slash.
Q Ten hyphen eight. It talks about the cost estimating assumptions used in this Mission Plan. And about the, I don't know, seventh bullet down or sixth bullet down says annual waste acceptance rate for each repository is 1800

Page 150

Q Okay.
A And it goes -- they are the same until, I believe, 2008 when there is a difference.
Q What happens in 2008?
A The difference is attributed -- if you look at Footnote B says, Difference is attributable to shipments from nearby reactors directly to the repository.
Q And I believe this refers to an answer you may have given me earlier which caused my confusion. But how would that make a difference in these numbers?
A The Mission Plan contemplated a system with an MRS included in it. The initial shipment, I would say, would come from eastern reactors and go to an MRS.
Then starting at a later time, I believe it would be, according to this, if I'm reading this correctly, in the year 2008, western reactors would be shipping directly from the reactor to the repository and not to an MRS. So prior to 2008, all fuel shipped from a utility would first go through the MRS.
Q Okay. Would fuel that is shipped in years 1998 through 2007, would that include fuel

Page 151

that is shipped from western reactors?
A In the scenario as contemplated in the 1987 Mission Plan Amendment, this -- only in this scenario would eastern reactor fuel would be going to the MRS.
Q And so is it accurate to say that in the then 1987 ACR system receipt rate Table 2.1 that these numbers only reflect fuel that is being shipped to the MRS from eastern reactors?
A No.
Q Okay. If the numbers of -- I don't know if you understand my confusion?
A I think I do.
Q If the numbers are the same in both and one represents shipment from reactors and the other doesn't, how do you account for the difference?
A The 1987 ACR just took a rate, any rate that was published at the time and said, here's an illustrative rate we might be shipping at without saying western or eastern. It's saying, here is a rate we might expect to ship at. It took a rate, the Mission Plan Amendment, it took it from there. This was intended for one thing and we're using it for something slightly

Page 152

different here.
It was published by the Department of Energy for one use and it's being used for something slightly different than the ACR.
Q So if I understand your testimony correctly, when it's used in the Mission Plan Amendment, these numbers -- and I mean the numbers that start at 1200 and ramp-up to 2650 in the year 2007, these numbers in the Mission Plan Amendment are used to reflect only that fuel shipped by eastern reactors to an MRS, correct?
A Yes, from '98 through --
Q 2007?
A Yes.
Q Okay. Now, when the same numbers are used in Table 2.1 of the 1987 ACR, these numbers instead are suppose to reflect the entire receipt rate of the system, which would include both an MRS and a repository, as well as fuel shipped from western reactors?
A It simply includes, here's an acceptance system scenario, an illustrative one that we may operate under.
No real thought is given as to whether it's western or eastern, or whether it's anything

Page 153

else. It's just, here is a published schedule. It's being used for one purpose in the Mission Plan. So we just took that schedule and used it for a different purpose in the ACR.
There's no real thought to whether it's going to be allocating capacity to eastern, western or any type of situation like that.
Q The ACRs are suppose to be used by utilities for planning purposes; is that correct?
A Yes.
Q And so is it your testimony that utilities that were located in the western parts of the United States could use this rate for planning purposes, the rate included in Table 2.1?
A Yes.
Q Okay. And is it your testimony that if they were relying on the rate in the Mission Plan Amendment, with respect to the same numbers, though, that would not include shipped from their reactors in the western parts of the state?
A Under the scenario envisioned in the Mission Plan, including the MRS. MRS only looked at accepting fuel from eastern reactors.
So the only ones that would be

Page 154

anticipating receiving allocations under this would be eastern reactors.
Q Is it your testimony that the receipt rate that's included in the Table 2.1 of the 1987 ACR does not reflect using an MRS?
A I'd have to read that to make sure, but -- let me read that real fast.
It doesn't reflect with or without an MRS. It just says, this schedule is only an approximation. How a system may operate and subject uncertainties that are recognized in the Mission Plan Amendment.
So, there's no stipulation being made whether an MRS is included or not included. It's just as it states, an approximation of how a system may operate.
Q If you could flip over the table in the Mission Plan Amendment, there's some numbers, paragraphs on the other side on page 62. In the second sentence says, spent fuel acceptance rate for the total system. It's paragraph five on page 62. Take a look at that paragraph.
The second sentence, have you taken a look?
A Yes, I have.

Page 155

Q Second sentence talks about spent fuel acceptance rate for total systems remains at 3,000 MTU per year, but Table F-1, the table we just looked at assumes that 350 MT of spent fuel from nuclear reactors would be received directly by a repository and 2650 would be received as shipped by the MRS facility.
Is that statement consistent with that you were saying about western reactors shipping of fuel directly to the repository?
A Considering western reactors to be reactors nearby, yes.
Q And when the reference to spent fuel acceptance rate for the total system remains at 3,000 MTU? Is it correct that that 3,000 MTU would only be achieved in 2008?
A Yes.
Q This refers to a storage limit of 15,000 MTUs proposed by DOE for the MRS facility. Do you see that reference?
A Yes.
Q Do you know why 15,000 MTU was proposed as the limit for the facility?
A Yes.
Q Why?

Page 156

A When the department was negotiating with the local counties, people located and situated in the area of Clinch River, Tennessee, one of the points that they tried to negotiate was keeping a limit so that it never became a de facto repository.
And it was a negotiating point between the Department of Energy and the local people. The people living in the vicinity of where a potential MRS may go.
Q So why was 15,000 chosen?
A Through negotiation with the local people.
Q Did the acceptance rates projected in the documents preceding MRS proposal factor into that -- what the capacity would be for the MRS?
A Say that again please.
Q Did the acceptance rates that's included in the document preceded, did they factor into the capacity limit proposed for the MRS?
A I don't believe so.
Q I'm going to have you take a look at the 1988 DCR. Are you familiar with this document, Mr. Pollog?

Page 157

A Pardon.
Q Are you familiar with this document?
A Yes, I am.
Q Would you take a look at Table 2.1 on page five. It contains an acceptance rate or something called an illustrative waste acceptance schedule. Are you there?
A Yes.
Q What is the basis for the acceptance rates included in this table?
A 1988 Mission Plan Amendment.
Q And do you know how the numbers were derived to be included in the draft 1998 Mission Plan Amendments?
A I have not reviewed the '88 Mission Plan Amendment.
Q Do you know how this plan derived, this acceptance plan in this table 1988?
A The numbers included came from the '88 Mission Plan Amendment. I didn't look to see how the numbers in the amendment were derived.
Q So you don't know how these numbers were derived by the Department of Energy?
A That's correct.
Q This acceptance rate schedule included

Page 158

in table 2.1 starts in the year 2003 whereas the previous acceptance capacity report included a schedule started in 1998. What was the reasons for shifting from 1998 to 2003 as a start date for acceptance?

A I believe it was the start of the repository was delayed. Official announcement for the start of repository shifting from 1998 to 2003 had been announced.

Q Were the acceptance rates included in 2.1 reflective of the receipt rate at the repository or at an MRS?

A I would have to see what the draft 1988 Mission Plan stated regarding what is the basis of those rates.

Q I'm going to hand you Annual Capacity Report dated 1990.

MS. POWELL: Off the record.

(Discussion held off the record.)

BY MS. HEWITT:

Q Are you familiar with this document, Mr. Pollog?

A Yes.

Q I think you've already turned to page seven, which includes two tables. One is a -- is

Page 159

entitled, projected waste acceptance rate for spent nuclear fuel for the, quote unquote, upper bounding case.

And then a projected waste acceptance rate for spent nuclear fuel for the, quote unquote, lower bounding case.

The first question I want to ask with regard to these two tables is, in this table or these two tables, the date of acceptance begins in year 1998, which is the departure from what we saw in the earlier ACR where the date of acceptance began, I think, in year 2003.

Why is the date back to 1998 in this ACR?

A I would assume because this included an MRS in the waste -- the Federal Waste Management System, the system itself.

Q Do you know or are you assuming?

A I believe so.

Q Why were there two, quote unquote, cases presented in this ACR, which is a departure from the way the acceptance rate has been published in the earlier ACRs?

A The 1987 Nuclear Waste Policy Amendments Act put new restrictions on the

Page 160

program. That is a 10,000 metric ton uranium unit for MRS prior to repository operations.

This required us to start envisioning different scenarios. This was to incorporate restrictions placed upon -- the legal restrictions placed upon us by Nuclear Waste Policy Amendments Act of 1987.

Q Do they both of them reflect legal restrictions, both of them on page seven?

A Table 2.2 does reflect the restrictions. Table 2.1 reflects that the 10,000 metric ton uranium limit or linkage, because the MRS or repository operations is removed.

Q And why did DOE include two versions as opposed to just including one that reflected the legal restrictions?

A To inform purchasers that if we were to proceed along operating under a system with an MRS and operating under the existing systems placed upon us by the Nuclear Waste Policy Act, here is the scenario that might occur.

If we were successful or if there was an MRS, and we were able to remove those restrictions, here is another scenario you might be able to see. This may happen.

Page 161

Q Was DOE trying to remove those restrictions, legal restrictions?

A No.

Q The legal restrictions that you're referring to, is it correct to say that those restrictions referred to the linkage between MRS operation and having a construction permit for the repository?

A That's part of it.

Q What other legal restrictions are there?

A I believe there is a capacity limit for an MRS of 10,000 MTUs prior to operations at a repository.

Q Do you know what the basis of the numbers included in 2.1, the acceptance rate numbers included in 2.1, what the basis is of those numbers?

A The draft Mission Plan Amendment. And I don't -- have not reviewed the draft Mission Plan Amendment dated June, 1998 recently.

Q So you have no information on how these numbers were derived for inclusion in Table 2.1 either?

A No other than coming from the draft

Page 162

Mission Plan.
Q And is it your testimony that the numbers included under SNF -- under the SNF column of Table 2.2, those reflect the legal restrictions imposed by the Nuclear Waste Policy Act Amendments of 1987?
A Yes.
Q And exactly how did those legal restrictions impact these numbers?
A Well, we had a 10,000-ton limit. We were looking at start-up of a repository at this time around 2010. So, we basically did the math. You can operate for ten years, 12 years prior to operation.
You divide 10,000 by ten, it's a little bit more 11 or 12, and you come up with basically a rate of around 900 with a ramp-up rate.
Q Did the numbers or the acceptance rate numbers included in Table 2.2, did they address the needs of utilities to avoid additional on-site storage after January 31st, 1998?
A No.
Q Who at DOE would have the responsibility for approving the final acceptance rate numbers included in the ACRs?

Page 163

A Do you want everybody or --
Q Is there -- to use a term, where does the buck stop? I mean, who is the ultimate approver or most senior person to approve acceptance rates?
MS. POWELL: Objection, vague as to time frame.
BY MS. HEWITT:
Q Well, for example, with regard to this particular annual capacity report, who would be the DOE official who would have ultimate responsibility of approval over acceptance rates in this document?
A I could only tell you who in the Office of Radioactive Waste Management. I do not know if it went beyond the head, the director of the Office of Radioactive Waste Management. It may have, but I don't recall.
Q Would it have gone up to the radioactive -- head of Radioactive Waste Management office?
A I believe so.
Q Would that have been the procedure for the prior acceptance rate for 1987 and 1988 Annual Capacity Reports?

Page 164

A I believe so.
Q And was that the procedure as far as you know following with all the other Annual Capacity Reports issued by DOE?
A I believe that's true.
Q Going to hand you Annual Capacity Report dated December, 1991, and I'll have it marked for the record first.
(Whereupon, Pollog Deposition Exhibit No. 9 was marked for identification.)
BY MS. HEWITT:
Q Have you had an opportunity to look at this document?
A I have.
Q Have you seen it before?
A I have.
Q I'd like you to turn to page five, which I believe you already turned to, and Table 2.1, titled Projected Waste Acceptance Rates for spent nuclear fuel. What was the basis for the rates included in this ACR?
A It is prior year's ACR just rounded.
Q Why did DOE round -- first of all, what do you mean by rounding?
A Eight seventy-five was rounded to nine

Page 165

hundred.
Q And why did DOE decide to round up, if you will?
A I don't recall.
Q The numbers earlier than 2000, when 900 first appear, in 1998, 1999 the numbers are 400 and 600 respectively, which is a departure from Table 2.2 in the 1990 ACR where the numbers are 300 and 400 respectively. Do you know why those numbers have changed or are different than the other?
A It was a combination of rounding and also the prior ACR looked at the repository, I believe, starting operations at the end of 2010. So we had to divide to get the 10,000 limit basically before the repository started. So I believe starting potentially at the 875 rate in 2010.
So this one assumes starting earlier than 2010 to we reach the limit for 2009. If you had 900 for 2008; 900 for 2008 brings you to 10,000 at the end of 2010.
Q So is it correct, do I understand your testimony to say that Table 2.1 in the 1991 ACR reflects a change that anticipates a repository

Page 166

will be accepting spent nuclear fuel earlier in the year of 2010?
A Yes.
Q And on what basis did DOE believe that they would be starting delivery of a repository earlier in the year of 2010 rather than later in the year?
A I don't recall.
Q Was there some sort of study that indicated that would be the case or?
A I don't recall.
Q Otherwise, do the numbers reflected in 2.1 also reflect the legal limitations that were set forth in the Nuclear Waste Policy Act Amendment of 1987 that you said were the basis of Table 2.2 in the 1990 ACR?
A The Amendments Act of 1987.
Q Yes, I thought that's what I said, but maybe I missed one word.
A Yes.
Q Yes. Okay. Do you know who within -- strike that.
Do you know whether someone in DOE came up with these numbers or a contractor came up with the numbers in the first instance for this

Page 167

particular ACR, 1991?
A I do not know who is the originating individual for suggesting these specific numbers.
Q In any of the annual capacity reports?
A In any that's been produced.
Q So far, yes.
A In the sense that earlier ACRs just took numbers straight from mission plans, that would have been at the direction of Alan Brownstein.
Regard to this set of numbers, who developed numbers that are not related to a draft Mission Plan or Mission Plan Amendment, or some other publication. I do not know who would have been the originating individual for those numbers.
Q This December 1991 Annual Capacity Report on page six begins to talk about the procedure for allocation of annual acceptance capacity. And in particular refers to a annual priority ranking that would be issued by DOE. Do you know what the annual priority ranking document is?
A Yes.
Q What is it?

Page 168

A Well, I think you mean the APR acceptance priority ranking; is that right?
Q I think that's the term also used, but that's -- that's the contract term?
A That's the contract term.
Q Okay.
A Yes, I know what it is.
Q What does it reflect or what is the purpose of the document?
A In it's most simplistic form, it's ranking of spent fuel discharges in chronological order by purchasers.
Q And when you say chronological order, you mean -- what do you mean by that?
A I mean whoever discharged first, or earliest comes higher. First, discharged from first in the ranking. Second discharge comes second in ranking. Third discharge comes third in ranking. Simply based upon date of discharge.
And it's accumulative. It's not per purchaser. It's all purchasers combined in one ranking. All purchaser discharges were combined into one ranking.
Q I don't understand the latter description. What do you mean combined in one

Page 169

ranking?
A I'll use an example. You are Exlon and you are Intergy. We put all of your rankings in the same report, all of your discharges in the same report. We didn't issue a specific ranking report for Exlon and a specific ranking report for Intergy. All of the purchasers went into the same report, so you got ranked together.
Q Was there any discretion that DOE could use in establishing the acceptance priority ranking?
A No.
Q Why is that? Why was there no discretion involved by DOE in establishing acceptance priority ranking?
A Contract says, we should establish it based on off oldest fuel first by dates of discharge.
Q So is it fair to say that the annual priority ranking documents issued by DOE was just a reflection of the mathematical calculation of dates of discharge and ordering them in chronological fashion?
A Dates and also included are particular rank amounts. But the chronological parts came