# In the United States Court of Federal Claims

**98-484C**

**Filed: October 30, 2006**

**NORTHERN STATES POWER COMPANY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (three volumes)**
**Held in Minneapolis, Minnesota**
**October 24, 2006 and October 26-27, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.