# In the United States Court of Federal Claims

No. 98-484C
Filed: December 4, 2006

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

(i) SCHEDULING CONTINUATION OF TRIAL

and

(ii) ESTABLISHING POST-TRIAL BRIEFING SCHEDULE

---

(i) Trial will recommence at 10:30 a.m. on Monday, December 11, 2006, in Courtroom 6 at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

(ii) The parties shall adhere to the following post-trial briefing schedule:

1. On or before February 2, 2007, plaintiff shall file its post-trial brief.

2. On or before March 16, 2007, defendant shall file its responsive brief.

3. On or before April 18, 2007, plaintiff shall file its reply brief.

4. On or before April 30, 2007, defendant shall file any sur-reply.

5. Closing arguments will be held at 10:30 a.m. on Thursday, May 31, 2007.

s/John P. Wiese
John P. Wiese
Judge