**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 1, 2007)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-484C<br>(Senior Judge Wiese) |
| **THE UNITED STATES**, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Northern States Power Company ("NSP"), respectfully requests an enlargement of time of seven days from February 2, 2007 to February 9, 2007 to file its post-trial brief in this case. This is NSP's first request for such an enlargement. NSP has consulted with Defendant the United States' (the "Government's") counsel – Mr. Andrew Averbach – and he has represented that the Government does not oppose this motion, but requested that the Government's principal brief also receive a commensurate seven day enlargement of time from March 16, 2007 through March 23, 2007, a request which NSP, in turn, does not oppose.[1]

The enlargement of time is needed to assure its brief receives the appropriate review. Additionally, the additional time is needed due to the press of other trials and related work. For example, counsel for NSP prepared for and participated in the second half of a trial before Judge Braden in *System Fuels, Inc. v. United States*, No. 03-2624C, which began January 16, 2007 and

[1] Notwithstanding these short enlargements for the filing of the parties' principal briefs, NSP believes the revised briefing schedule (assuming it is adopted by the Court) can still readily accommodate the May 31, 2007 date scheduled for closing arguments. NSP strongly favors the retention of that date for closing arguments in this case.

ended on January 18, 2007. Furthermore, on January 11, 2007, counsel for NSP participated in an oral argument on discovery issues in the partially-consolidated cases of *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.). On the same day, counsel for PSEG also participated in an oral argument in *Dismas Charities, Inc. v. United States*, No. 06-825C (Margolis, S.J.). Furthermore, on January 29, 2007, counsel for NSP filed responses to three of the Government's pre-trial motions in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.). Counsel also is in the process of preparing for a trial before Judge Lettow in *System Fuels*, with a pre-trial conference on February 5, 2007 and a two week trial to commence on February 12, 2007.

For the foregoing reason and good cause shown, NSP respectfully requests an enlargement of time of seven days from February 2, 2007 to February 9, 2007 to file its principal post-trial brief in this case.

Dated: February 1, 2007

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

*Of Counsel:*

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544