# In the United States Court of Federal Claims

No. 98-484C
Filed: February 5, 2007

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Plaintiff's February 1, 2007, unopposed motion for an enlargement of time, to and including February 9, 2007, within which to file its post-trial brief, is GRANTED. The time within which defendant shall file its responsive brief is extended to and including March 23, 2007.

s/John P. Wiese
John P. Wiese
Judge