**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 9, 2007)

| | |
|---|---|
| **NORTHERN STATES POWER COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

**NOTICE REGARDING DEPOSITION**
**DESIGNATIONS AND STATUS OF ADMITTED TRIAL EXHIBITS**

Plaintiff Northern States Power Company ("NSP"), respectfully files this notice to alert the Court to its use of deposition designations in its contemporaneously filed post-trial brief and the need for additional time to coordinate with counsel for Defendant the United States (the "Government") in submitting an agreed-upon set of the admitted trial exhibits to the Court.

First, pursuant to the Government's suggestion and this Court's approval, Trial Transcript at 5386-89, NSP has cited in its post-trial brief to the deposition designations of three Department of Energy witnesses who did not appear to testify "live" at trial: Mr. Lake Barrett, Mr. Alan Brownstein, and Ms. Nancy Slater Thompson. For the reasons set forth in its notice (dated September 1, 2006) and its response to the Government's motion to strike (dated October 10, 2006) this discrete set of designations constitute admissions by a party-opponent and are admissible pursuant to Fed. R. Evid. 801(d)(2). NSP reserves its right to supplement these designations as necessary in response to the Government's principal brief.

Second, NSP has been working on and had hoped to file the admitted exhibits and an accompanying list of the admitted exhibits with its post-trial brief. However, counsel for NSP will need to delay its filing of the exhibits with the Court due to the same pressures that delayed NSP's post-trial brief by a week – the conclusion of the second half of a trial before Judge Braden in *System Fuels, Inc. v. United States*, No. 03-2624C, which began January 16, 2007 and ended on January 18, 2007 and its preparation for its upcoming two-week trial before Judge Lettow in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.), which trial is scheduled to commence on February 12, 2007. NSP requires some additional time to consult with counsel for the Government with the goal of presenting the Court with a stipulated list of all the admitted exhibits (in addition to providing the Court with copies of those admitted exhibits). Recognizing that counsel for the Government is also extremely busy in other spent nuclear fuel cases, NSP believes that a stipulated list of exhibits (with a set of the exhibits themselves) could

be filed within the next several weeks and prior to the current due date for the Government's principal brief, March 23, 2007.

Dated: February 9, 2007

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

*Of Counsel:*

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544