IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of one business day, to and including March 26, 2007, within which to file its post-trial brief. Defendant's post-trial brief is currently due today, March 23, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Northern States Power Company ("NSP"), has indicated that NSP has no objection to the Government's motion for an enlargement but, in light of the Government's motion, may subsequently need to file a motion to enlarge the time for NSP to file its post-trial reply brief.

The requested enlargement is necessary because of the involvement of each of the attorneys on the Government's spent nuclear fuel team in complying with an order, issued by Chief Judge Damich in Dairyland Power Co. v. United States (Fed. Cl. 04-0106), to produce hundreds of thousands of pages of documents no later than March 23, 2007. Although we are seeking relief from that deadline, we have been required to devote significant resources in our effort to comply as much as possible with it. The Government's attorneys, consultants, and litigation support contractor are actively involved in reviewing these documents for privilege, identifying the specific requests to which each group of documents responsive, and preparing the

documents for production. As of the filing of this motion, more than 50,000 documents have been reviewed, and several thousand still remain.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time of one business day, to and including March 26, 2006, within which to file our post-trial brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

March 23, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 23rd day of March, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach