IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of one additional business day, to and including March 27, 2007, within which to file its post-trial brief. Defendant's post-trial brief was originally due on March 23, 2007, and, on that date, we moved for an enlargement of time to file our post-trial brief until today, March 26, 2007. That motion is still pending. This is defendant's second request for an enlargement of time for this purpose. Counsel for plaintiff, Northern States Power Company ("NSP"), has indicated that NSP has no objection to the Government's motion for an enlargement, but, in light of the Government's motions, may subsequently need to file a motion to enlarge the time for NSP to file its post-trial reply brief.

The requested enlargement is necessary because of the number of issues that the brief addresses and the involvement of the attorney supervising the case in the production of documents in Dairyland Power Co. v. United States (Fed. Cl. 04-0106). Because of the number of issues and the voluminous amount of evidence and testimony in this case, our brief, although we have worked to keep it as short as possible, is substantial. Although the supervisor who must review the brief has reviewed much of it, he has not yet had the opportunity to complete that

review in light of issues in Dairyland and issues in other spent nuclear fuel cases that have necessitated his involvement. We believe that, with an enlargement of one additional day, we should be able to complete our brief and submit it to the Court.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time of one additional business day beyond that previously requested, to and including March 27, 2006, within which to file our post-trial brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

March 26, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26rd day of March, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach