IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

DEFENDANT'S MOTION TO ADMIT INTO EVIDENCE DEFENDANT'S EXHIBIT 191

Defendant, the United States, respectfully moves to admit into evidence the document pre-marked in these proceedings as Defendant's Exhibit 191. Counsel for plaintiff has represented that plaintiff does not oppose this motion as long as the document is referred to in post-trial proceedings in the same manner in which it was used at trial .

During trial, the Court heard substantial testimony concerning this exhibit during the testimony of Scott Northard on October 31, 2006 (Trial Tr. 1524-1535). However, as we realized in writing our post-trial brief, we inadvertently neglected to move for the admission of the document into evidence during Mr. Northard's testimony.

For the foregoing reasons, and so that the record is complete, we request that the Court admit Defendant's Exhibit 191 into evidence.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

STEPHEN P. FINN
JOSHUA E. GARDNER
MARIAN SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 27, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of March, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO ADMIT INTO EVIDENCE DEFENDANT'S EXHIBIT 191" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach