IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-484C |
| | ) | (Senior Judge Wiese) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF
ITS COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY

Pursuant to Rule 106 of the Federal Rules of Evidence ("FRE") and Rule 32(a)(4) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the attached excerpts of deposition testimony as counter-designations to the testimony designated by plaintiff, Northern States Power Company ("NSP"), in its post-trial brief. In its post-trial brief, NSP has cited to excerpts of deposition testimony of three individuals – Messrs. Barrett and Brownstein and Ms. Slater-Thompson. For the reasons stated in the Government's motion to strike NSP's "notice" of deposition designations, filed October 6, 2006, we request that the Court rule upon the admissibility of the testimony, pursuant to FRE 801(d)(2)(D), and the Government's objections to that testimony, pursuant to RCFC 32(b), prior to the consideration of the substance of that testimony. To the extent that the Court admits this testimony as substantive evidence, defendant requests that the Court also admit and consider the attached deposition testimony of those same three individuals, pursuant to FRE 106 and RCFC 32(a)(4). We have also attached a table, which identifies the Government's objections to the testimony NSP has designated and the Government's counter-designations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

STEPHEN FINN
JOSHUA E. GARDNER
MARIAN SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 27, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of March, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ITS COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach