**DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS**:

Lake Barrett

| Testimony | Objections | Counter-Designations |
|---|---|---|
| | | |
| **April 22, 2002**<br>58-59 | Foundation, legal conclusion, speculation, vague (as to term "reasonable") | **April 22, 2002**<br>57:3-58:12<br>120:22-121:21<br>180:16-181:17<br>**April 26, 2002**<br>742:14-743:1<br>**May 10, 2002**<br>1333:4-1335:10 |
| **May 10, 2002**<br>1163-1164 | Foundation, legal conclusion, best evidence, vague (as to "mission"), completeness (question and answer begin at 1162:12) | **April 22, 2002**<br>57:3-58:12<br>120:22-121:21<br>180:16-181:17<br>**April 26, 2002**<br>742:14-743:1<br>**May 10, 2002**<br>1333:4-1335:10 |
| **May 10, 2002**<br>1334-1335 | Foundation, best evidence, relevance | **April 22, 2002**<br>65:10-69:19<br>80:10-81:1<br>**April 23, 2002**<br>348:1-350:11 |

| | | |
|---|---|---|
| **April 22, 2002**<br>217 | | **April 22, 2006**<br>117:3-14<br>**April 26, 2002**<br>699:6-16 |

Alan Brownstein

| **Testimony** | **Objections** | **Counter-Designations** |
|---|---|---|
| | | |
| **April 10, 2002**<br>377-378 | Legal conclusion, foundation, completeness (question begins on page 376) | **April 10, 2002**<br>388:23-392:12<br>400:1-21<br>**April 11, 2002**<br>549:7-14 |
| **June 14, 2002**<br>282 | Best evidence, vague, completeness (answer concludes at 283:15) | **May 23, 2002**<br>167:4-15<br>**June 14, 2002**<br>282:21-283:15 |

Nancy Slater-Thompson

| **Testimony** | **Objections** | **Counter-Designations** |
|---|---|---|
| | | |
| **June 13, 2002**<br>98 | Legal conclusion, foundation | **June 13, 2002**<br>149:9-153:21 |