# In the United States Court of Federal Claims

No. 98-484C
Filed: March 29, 2007

| | |
|---|---|
| | ) |
| NORTHERN STATES POWER CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

GRANTING MOTION TO ADMIT
EXHIBIT INTO EVIDENCE

Defendant's March 27, 2007, unopposed motion to admit Defendant's Exhibit 191 into evidence is GRANTED.

s/John P. Wiese
John P. Wiese
Judge