# In the United States Court of Federal Claims

No. 98-484C
Filed: April 5, 2007

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ADMITTING DEPOSITION DESIGNATIONS
AND COUNTER-DESIGNATIONS INTO EVIDENCE

---

The deposition designations of Mr. Lake Barrett, Mr. Alan Brownstein, and Ms. Nancy Slater Thompson, cited in plaintiff's February 9, 2007, post-trial brief, as well as the counter-designations contained in defendant's March 27, 2007, notice of filing, are hereby admitted into the trial record.

s/John P. Wiese
John P. Wiese
Judge