IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

DEFENDANT'S NOTICE OF REFERENCE TO PORTIONS OF
ADMINISTRATIVE RECORD NOT REFERENCED AT TRIAL

Defendant, the United States, respectfully provides notice that its post-trial brief, filed on March 27, 2007, mistakenly contained four references to portions of the administrative record concerning the 1983 promulgation of the draft standard contract to which the parties did not refer during trial. The entire administrative record was admitted into evidence as Defendant's Exhibit No. ("DX") 2 upon the condition that only those portions actually referenced at trial should be the basis for a requested finding of fact. (Tr. 3785:15-3793:18). In compiling the admitted exhibits for submission to the Court, we realized that our recitation of the background behind the promulgation of the Standard Contract inadvertently included references to DX 2.17 and DX 2.36 (on page 23), and to DX 2.14 and 2.69 (on page 24). Consistent with the condition pursuant to which DX 2 was admitted, the Court should not base any factual findings upon those references.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

STEPHEN P. FINN
JOSHUA E. GARDNER
MARIAN SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 10, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 10th day of April, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF REFERENCE TO PORTIONS OF ADMINISTRATIVE RECORD NOT REFERENCED AT TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/Andrew P. Averbach