PX – 7, 8, 12, 15, 16, 17, 49, 56, 57, 58, 60, 61, 69, 70, 85, 105, 128, 132, 142, 150, 162, 163, 187, 198, 200, 220, 231, 239, 240, 241, 254, 257, 258, 259, 262, 263, 264, 271, 275, 276, 278, 279, 286, 288, 302, 303, 304, 314, 334, 359, 377, 378, 389, 394, 398A, 398B, 399, 400, 403, 418, 420, 424, 435, 440, 464, 475, 489, 490, 491, 492, 493, 496, 497, 498, 499, 500, 501, 506, 531, 585, 589A, 592, 595, 679, 749, 768, 778, 804, 806, 853, 861, 1018, 1019, 1047, 1050, 1053, 1054 – 1058

DX – 2, 2.12, 13, 23, 32, 44, 45, 47, 49, 53, 54, 57, 61, 76, 77, 78, 89, 95, 99, 100, 102, 103, 104, 107, 108, 109, 110, 112, 113, 114, 118, 120, 137, 143, 145, 160, 175, 181, 188, 198, 203, 207, 210, 213, 250, 282, 301, 301 A-1 – A-15, 302, 302-AI – A30, 303, 303 – AI – A-34, 307, 310, 314, 318, 319, 320, 322