**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 18, 2007)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, | ) | |
| v. | ) | No. 98-484C (Senior Judge Wiese) |
| **THE UNITED STATES**, Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Northern States Power Company ("NSP"), respectfully requests an enlargement of time of nine days from April 18, 2007 to April 27, 2007 to file its post-trial reply brief in this case. This is NSP's first request for such an enlargement. NSP has consulted with Defendant the United States' (the "Government's") counsel – Mr. Andrew Averbach – and he has represented that the Government does not oppose this motion, but requested that the Government's reply brief receive a sixteen day enlargement of time from April 30, 2007 through May 16, 2007 (more than NSP's requested nine day extension due to depositions in California the second week of May), a request which NSP, in turn, does not oppose.[1]

This enlargement is needed due to the press of other work on this and other cases. First, the Government received two enlargements for its principal post-trial brief (not including the seven day enlargement the Government initially received when NSP requested an enlargement

[1] Notwithstanding the short enlargements for the filing of the parties' reply briefs, NSP believes the revised briefing schedule (assuming it is adopted by the Court) can still readily accommodate the May 31, 2007 date scheduled for closing arguments. NSP continues to strongly favor the retention of that date for closing arguments in this case.

for its brief), which delayed NSP's receipt of the Government's brief by several days. This, in turn, has delayed NSP's ability to respond. Furthermore, after the Government filed its brief on March 27, 2007, the parties worked with the Court and the court reporter to prepare and file the admitted exhibits in this case. That necessary effort took time away from NSP's ability to prepare its reply brief.

Additionally, counsel for NSP has been involved in other spent fuel damages trials, which has taken counsel away from NSP's ability to focus on the reply brief. For example, counsel for NSP prepared and participated as counsel for the plaintiff on April 12, 13, 16, 17, and 18 in the continuing trial in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.). Furthermore, counsel for NSP filed a motion for partial summary judgment on April 11, 2007, filed its memorandum of contentions of fact and law on April 16, 2007, and served its draft exhibit list and draft witness list on April 16, 2007 for the upcoming trial in the partially-consolidated cases of *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.).

For the foregoing reason and good cause shown, NSP respectfully requests an enlargement of time of nine days from April 18, 2007 to April 27, 2007 to file its post-trial reply brief in this case.

Dated: April 18, 2007

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

*Of Counsel:*

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544



400559083v1