# In the United States Court of Federal Claims

No. 98-484C
Filed: May 8, 2007

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RETURNING MOTION TO INTERVENE

This case was the subject of a lengthy trial conducted in late 2006 and post-trial proceedings will be completed at the end of this month. On April 19, 2007, at this late stage in the development of the case, the clerk's office received a motion to intervene in the action along with a complaint and memorandum from Mr. William D. Peterson, a pro se litigant who asserts an interest in the processing and storage of spent nuclear fuel. The clerk's office did not file Mr. Peterson's submissions. Instead, because the submissions failed to comply with several of the court's rules, they were forwarded to chambers for further action.

After reviewing Mr. Peterson's submissions, the court concludes that the submissions should not be filed. In addition to failing to comply with the court's

rules for serving and filing pleadings and other papers, Mr. Peterson has not shown why as a matter of law his intervention should be permitted: his motion meets none of the criteria specified in RCFC 24(a) and (b) for the allowance of intervention. Accordingly, the clerk shall return the submissions to Mr. Peterson along with a paper copy of this order.

s/John P. Wiese
John P. Wiese
Judge