**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 11, 2007)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** | ) | |
| Plaintiff, | ) | No. 98-484C |
| v. | ) | (Senior Judge Wiese) |
| **THE UNITED STATES**, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE ATTACHMENT TO NORTHERN STATES POWER COMPANY'S POST-TRIAL REPLY BRIEF**

Pursuant to RCFC 7(b), Plaintiff Northern States Power Company ("NSP") respectfully moves for leave to file an attachment to its April 27, 2007 post-trial reply brief. In that brief at 27 n.7, NSP cited deposition testimony of Jon Kapitz and indicated that the citation would be "Attachment 1." However, due to technical difficulties of counsel for NSP on April 27, 2007 – counsel's east coast e-mail servers were taken offline on that evening – NSP was unable to include this attachment as part of its initial filing. NSP attaches hereto what it had intended to file with its post-trial reply brief. The Defendant's (the "Government's") counsel – Mr. Andrew Averbach – has represented that the Government does not oppose this motion for leave to file.

NSP was delayed in moving to file this attachment due to the press of other business and because several of NSP's counsel were on leave last week. Counsel for NSP is actively preparing for trial in June 2007 in *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.) and counsel finalized and filed witness and exhibit lists on April 30, 2007. Throughout last week, counsel for

NSP compiled and exchanged materials and participated in the meeting of counsel for the parties to those cases.

Additionally, counsel for NSP is in the process of preparing its post-trial reply brief (due on May 18, 2007) in *System Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.). Counsel for NSP is also in the process of preparing its post-trial brief in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.), which is due on May 25, 2007. Finally, counsel for NSP has been preparing a brief on behalf of the appellant in *Nebraska Public Power District v. United States*, No. 2007-5083 (Fed. Cir.), which is due on May 14, 2007.

Thus, for the foregoing reasons, NSP respectfully requests leave to file Attachment 1 and have the Court accept the attachment as if it had been filed with NSP's post-trial reply brief (rather than NSP filing a corrected brief for the sole purpose of including the attachment).

Dated: May 11, 2007

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

*Of Counsel:*

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544 (fax)



400569302v2