# ATTACHMENT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NUMBER: 98-484C

---------------------------------------------------

Northern States Power Company,

Plaintiff,

versus

The United States,

Defendant.

---------------------------------------------------

DEPOSITION OF NORTHERN STATES POWER COMPANY

WITNESS DESIGNEE Jon Kapitz PURSUANT TO

FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

TAKEN: 1 August 2006 BY: Jacqueline McKone



3728b392-7f79-4885-a4a5-2ee5651672a9

Page 134

A. I believe your witness read our materials and came to the conclusion that 20 percent was the maximum available additional space we would be able to obtain through re-racking.
Q. You disagree with that why?
A. Based on my knowledge of the studies done in the pool that tell me that more than 20 percent would be possible.
Q. Those are studies done in what year?
A. Some in the 1990 time frame, and some in the 1995 time frame.
Q. Let's take those one at a time in reverse order. The ones done in the 1995 time frame that's not information that you would have had at your disposal back in the 1991 time frame when you were doing the certificate of need for the ISFSI; correct?
A. Correct.
Q. It's not information that you would have had at your disposal back in the late 80s when NSP actually made the decision to go with dry storage; correct?
A. Correct.
Q. Now, what about the ones in the 1990 time frame; can you be more specific for me as to what

Page 135

studies you're referring to?
A. Yes. A company called Nutech performed some structural calculations on our spent fuel pool structure and reached some conclusions as to the ability of our pool structure to take additional weight. This was done as part of our rod consolidation program.
Q. Did Nutech actually do a rack design?
A. No. This was not done as part of a re-racking project. This was done at part of our rod consolidation. So that would assume the existing racks.
Q. The Nutech analyses that you had in the 1990 time frame didn't actually estimate the number of new storage cells you could gain from re-racking?
A. No it did not.
Q. Are there any other studies that indicate to you that as of the late 80s and early 90s NSP could have achieved a re-rack with an increase in capacity greater than 20 percent?
A. None that I'm aware of.
Q. Is there anything else that you read in the expert reports that you looked at in preparation for your 30(b)(6) deposition with which you

Page 136

disagreed?
MR. TOMASZCZUK: I'd just say if he recalls. If you want to hand him the reports and have him go through them, that's a different exercise.
THE WITNESS: There was conclusions about economics about what is and is not accessible or admissible for costs, judgment costs, and I have no opinion on that. The conclusion that the auxiliary building crane would have been modified to be single failure proof even if we had not pursued dry cask storage I didn't agree with that.
BY MS. HERRMANN:
Q. On what basis?
A. The motivation for us to upgrade that crane was based on the specific TN-40 design that we chose, and we had a license at that time already that allowed us to put a spent fuel cask into the pool without a single failure proof crane. So it's quite possible the DOE would have provided a cask design that would not have required a single failure proof design.
Q. Is there anything else that you read in the expert reports that you disagreed with

Page 137

specifically in the context of the re-racking, the potential re-racking?
A. The capacity was the main thing I remember.
Q. That's the 20 percent?
A. 20 percent. We spent a lot of time this morning discussing how we would physically perform the re-racking as far as using a single failure proof crane or additional covers. I think either one of those are options. I believe the expert witness selected one option and used that as a basis where I think we had a couple of options to meet our heavy load requirements. I'm not sure disagreements versus I think there's additional options that may not have been explored.
Q. Those are the options that you and I discussed this morning?
A. Yes.
Q. Any other options that you and I haven't discussed?
A. Not that I can think of.
Q. The capacity issue, the actual mechanics of how you would perform with regard to heavy loads. Any other issues specifically with regard to the potential re-racking where you disagreed with





3728b392-7f79-4885-a4a5-2ee5651672a9