**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 11, 2007)

| | | |
|---|---|---|
| **NORTHERN STATES POWER COMPANY,** Plaintiff, | ) | |
| v. | ) | No. 98-484C (Senior Judge Wiese) |
| **THE UNITED STATES**, Defendant. | ) | |

**MOTION TO SEAL TRIAL TRANSCRIPT PAGES AND EXHIBITS**

Pursuant to RCFC 7(b), Plaintiff Northern States Power Company ("NSP") respectfully moves to seal certain trial transcript pages subject to the May 9, 2002 Protective Order ¶ 6 and the March 22, 2006 Order governing proprietary information in this case.

NSP seeks to seal trial transcript pages 1523, 1524, 1526, and 1534, which involve the testimony of Mr. Scott Northard regarding two admitted trial exhibits – PX440 and DX191 – that already have been sealed. NSP requests that these pages be subject solely to the May 9, 2002 Protective Order.

NSP also seeks to seal trial transcript pages 2681-2682, 2863, 2864, and 2866, which involve the testimony of Mr. Richard Sieracki regarding slide 19 of his Demonstratives (PX1057) relating to NSP's costs of purchasing casks from Transnuclear, which slide has already been sealed. NSP requests that these pages (as well as slide 19) be subject to both the May 9, 2002 Protective Order and the March 22, 2006 Order governing proprietary information, which states: "Such confidential documents will be used only by NSP, its counsel, the Government's counsel, or those working with NSP or the Government in connection with the instant case, and

such documents will not be further used, disclosed, or disseminated without the written consent of NSP. The parties must use their best efforts to prevent the disclosure of such documents to any persons, parties, or entities not necessary to the prosecution or defense of the instant case." March 22, 2006 Order at 2.

Furthermore, NSP also requests that the March 22, 2006 Order apply to the following two exhibits that have already been sealed as proprietary: (1) PX85 – Restatement of Contract Between Transnuclear, Inc. and Northern States Power Company; and (2) PX435 – Holtec International, Feasibility Study for Wet Storage Capacity Expansion in Prairie Island Units One & Two Spent Fuel Pools. (NSP believes that the remaining exhibits that have already been sealed should be considered sealed only subject to the May 9, 2002 Protective Order and not the March 22, 2006 Order.)

Counsel for Defendant the United States (the "Government"), Mr. Andrew Averbach, has stated that the Government takes no position on this motion.

For the foregoing reasons, NSP respectfully requests that this Court (1) seal trial transcript pages 1523, 1524, 1526, 1534 subject to the May 9, 2002 Protective Order, (2) seal trial transcript pages 2681, 2682, 2863, 2864, and 2866 subject to the May 9, 2002 Protective Order and the March 22, 2006 Order governing proprietary information, and (3) seal Slide No. 9 of PX1057 (Sieracki Demonstratives), PX85 (Restatement of Contract Between Transnuclear and NSP), and PX435 (Holtec study) subject to the May 9, 2002 Protective Order and the March 22, 2006 Order governing proprietary information.

Dated: July 11, 2007

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

*Of Counsel:*

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544 (fax)