# In the United States Court of Federal Claims

No. 98-484C
Filed: July 12, 2007

| | |
|---|---|
| NORTHERN STATES POWER CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO SEAL
TRIAL TRANSCRIPT PAGES AND EXHIBITS

Plaintiff's July 11, 2007, motion to seal trial transcript pages and exhibits is GRANTED. Accordingly, it is hereby ORDERED:

1. Trial transcript pages 1523, 1524, 1526, and 1534, shall be placed under seal in accordance with the May 9, 2002, Protective Order.

2. Trial transcript pages 2681, 2682, 2863, 2864, and 2866 shall be placed under seal in accordance with both the May 9, 2002, Protective Order and the March 22, 2006, order governing proprietary information.

3. PX85, PX435, and Slide 19 of PX1057, which are currently sealed under the May 9, 2002, Protective Order, shall also be sealed in accordance with the March 22, 2006, order governing proprietary information.

s/John P. Wiese
John P. Wiese
Judge