IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-484C<br>(Senior Judge Wiese) |

DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl. July 9, 2007), another spent nuclear fuel case.

The Court's decision in Southern Nuclear supports the Government's position that the claim of plaintiff, Northern States Power Company ("NSP"), that it is entitled to "cost of capital" damages is equivalent to a claim for prejudgment interest. In Southern Nuclear, the Court rejected plaintiffs' claims for "cost of capital" damages, which were premised in large part upon the same theory advanced in this case by NSP and upon testimony of the same expert, Kenneth Metcalfe, who testified in this case upon behalf of NSP. Slip op. at 65-71.

The decision in Southern Nuclear also supports the Government's position that NSP's investment in Private Fuel Storage, LLC ("PFS"), is not recoverable. The Court noted that, in Indiana Michigan Power Co. v. United States, 422 F.3d 1369, 1376 (Fed. Cir. 2005), the United States Court of Appeals for the Federal Circuit had analyzed "PFS from [the Department of Energy's] perspective," and that the speculative nature and high costs of the PFS project were "the same" in both cases. The Court also noted, as we have argued here, that "any recovery

would require a finding that the retained equity interest, represented by the PFS investment, is of no value." Slip op. at 61-65.

The Government has filed a motion for reconsideration of the decision in Southern Nuclear based upon issues other than those addressed above. The plaintiffs have not moved for reconsideration, and their time to do so has expired.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

STEPHEN FINN
JOSHUA E. GARDNER
MARIAN SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

August 2, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 2nd day of August, 2007, a copy of "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach