# In the United States Court of Federal Claims

**No. 98-484 C**

**NORTHERN STATES POWER CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion, filed September 26, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States, as damages for Department of Energy's partial breach of contract, measured through December 31, 2004, the sum of $116,485,000.00.

Brian Bishop
Clerk of Court

**September 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.