# In the United States Court of Federal Claims

No. 98-484C
Filed: October 16, 2007

NORTHERN STATES POWER CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION

---

Plaintiff may file a response to defendant's motion for reconsideration of the court's September 26, 2007, opinion on or before November 13, 2007.

s/John P. Wiese
John P. Wiese
Judge