United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

December 11, 2007

Alexander D. Tomaszczuk, Esq.

Pillsbury, Winthrop, et al.

1650 Tysons Blvd.

McLean, VA 22102-4659

In re: Northern States Power Co. v. United States, No. 98-484 C

Dear Mr. Tomaszczuk:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated September 27, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Andrew P. Averbach, Esq., Dept. Of Justice