IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 8 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY, Plaintiff, | ) | |
| v. | ) | No. 98-484C (Senior Judge Wiese) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on September 26, 2007, and the denial of reconsideration by order dated December 12, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
MARIAN SULLIVAN
Senior Trial Counsel

STEPHEN P. FINN
JOSHUA E. GARDNER
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 8, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of February, 2008, I caused to be placed in the United States mail (postage prepaid, first-class mail) copies of the foregoing "NOTICE OF APPEAL," addressed as follows:

Alex D. Tomaszczuk, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd
McLean, VA 22102-4859