IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 13 2008
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN STATES POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-484C<br>(Senior Judge Wiese) |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Northern States Power Company, Plaintiff in the above-captioned matter, cross-appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of Federal Claims entered in this case on September 26, 2007, as to which reconsideration was denied by this Court's December 12, 2007 Order. Defendant, the United States, filed its notice of appeal in this case on February 8, 2008.

Dated: February 13, 2008

Respectfully submitted,

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Northern States Power Company

Of Counsel:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Kerry C. Koep
**XCEL ENERGY**
414 Nicollet Mall, 5th Floor
Minneapolis, MN 55401
(612) 215-4583
(612) 215-4544 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing NOTICE OF CROSS-APPEAL by facsimile and U.S. Mail (first-class, postage pre-paid) this 13th day of February, 2008, upon:

Andrew P. Averbach, Esq.
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
8th Floor Classification Unit
Washington, DC 20530

______________________________