ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
FEB 21 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2008-5041 - NORTHERN STATES POWER CO V US**

**Date of docketing**: 02/19/2008

**Appeal from**: United States Court of Federal Claims case no. 98-CV-484; 07-CV-608

**Cross-appellant**(s): Northern States Power Company

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Alexander D. Tomaszczuk
Andrew P. Averbach

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: February 19, 2008**

Official Caption[1]

2008-5037, -5041

NORTHERN STATES POWER COMPANY,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in consolidated case nos. 98-CV-484 and 07-CV-608, Senior Judge John P. Wiese.

Authorized Abbreviated Caption[2]

NORTHERN STATES POWER CO v US, 2008-5037,-5041

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.